1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
5  San Francisco, California 94104-2828
   Telephone:   415.544.1900
6  Facsimile:   415.391.0281

7  Attorneys for Defendant
   FORD MOTOR COMPANY
8

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | SUSAN FARMER, ARTHUR FARMER,         | Case No. _____
   | ESTATE OF VIRGINIA M. FARLEY,
14 | VIRGINIA M. FARLEY REVOCABLE
   | TRUST,
15 |                                       | **FORD MOTOR COMPANY'S
   |         Plaintiffs,                   | CERTIFICATION OF INTERESTED
16 |                                       | ENTITIES OR PERSONS
   |    vs.                                | (LOCAL RULE 3-16)**
17 |
   | FORD MOTOR COMPANY, BUDGET RENT
18 | A CAR SYSTEM, INC., and DOES 1-100,
   | inclusive,
19 |
   |         Defendants.
20

21

22

23

24

25

26

27

28                                              FORD MOTOR COMPANY'S
                                         CERTIFICATION OF INTERESTED ENTITIES
                                            OR PERSONS (LOCAL RULE 3-16)
125413V1                                         CASE NO. _____

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendant Ford Motor
2  Company certifies that other than the listed parties, no other parties have a direct, pecuniary interest
3  in the outcome of this case.

Dated: July 9, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____
H. GRANT LAW
AMIR NASSIHI
MIA O. SOLVESSON

Attorneys for Defendant
FORD MOTOR COMPANY
Attorneys for Defendant
FORD MOTOR COMPANY

125413V1

- 1 -

FORD MOTOR COMPANY'S
CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS (LOCAL RULE 3-16)
CASE NO. _____