1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
5  San Francisco, California 94104-2828
   Telephone:   415.544.1900
6  Facsimile:   415.391.0281

7  Attorneys for Defendant
   FORD MOTOR COMPANY
8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | SUSAN FARMER, ARTHUR FARMER,        | Case No. _____
   | ESTATE OF VIRGINIA M. FARLEY,
12 | VIRGINIA M. FARLEY REVOCABLE        | **FORD MOTOR COMPANY'S**
   | TRUST,                              | **DISCLOSURE STATEMENT FILED**
13 |                                     | **PURSUANT TO FED. R. CIV. P. 7.1(a)**
   |         Plaintiffs,
14 |                                     |
   |    vs.                              | Complaint filed: June 7, 2007
15 |
   | FORD MOTOR COMPANY, BUDGET RENT
16 | A CAR SYSTEM, INC., and DOES 1-100,
   | inclusive,
17 |
   |         Defendants.
18

- 1 -

NOTICE TO U.S.D.C. THAT NOTICE
OF REMOVAL OF ACTION HAS
BEEN FILED IN STATE COURT
CASE NO

126098v1

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Ford Motor Company states that Ford Motor Company is and has always been a wholly-owned corporation since its date of incorporation in the State of Delaware on July 9, 1919. Based on currently available information, no publicly-held company or investment fund holds a 10% or greater ownership in Ford Motor Company.

Dated: July 9, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Mia Solvesson

H. GRANT LAW
AMIR NASSIHI
MIA O. SOLVESSON

Attorneys for Defendant
FORD MOTOR COMPANY

- 2 -

NOTICE TO U.S.D.C. THAT NOTICE OF REMOVAL OF ACTION HAS BEEN FILED IN STATE COURT CASE NO.

126098v1