```
1   H. Grant Law (SBN: 144505)
    hlaw@shb.com
2   Amir Nassihi (SBN: 235936)
    anassihi@shb.com
3   Mia Solvesson (SBN: 246291)
    msolvesson@shb.com
4   SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
5   San Francisco, California 94104-2828
    Telephone:   415.544.1900
6   Facsimile:   415.391.0281

7   Attorneys for Defendant
    FORD MOTOR COMPANY
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. _____<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

## CERTIFICATE OF SERVICE BY U.S. MAIL

I, Carolyn H. Ishihara, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On the date shown below, I served the attached:

- **NOTICE OF REMOVAL OF ACTION BY DEFENDANT FORD MOTOR COMPANY UNDER 28 U.S.C. §§ 1441, 1446 AND 1332 (DIVERSITY) AND REQUEST FOR JURY TRIAL ;**

- **CIVIL CASE COVER SHEET;**

- **DEFENDANT FORD MOTOR COMPANY'S NOTICE TO PLAINTIFFS OF FILING OF NOTICE OF REMOVAL IN FEDERAL COURT;**

- **FORD MOTOR COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (LOCAL RULE 3-16); and**

- **FORD MOTOR COMPANY'S DISCLOSURE STATEMENT FILED PURSUANT TO FED. R. CIV. P. 7.1(a).**

on the parties in this action by placing a true copy thereof in sealed envelopes addressed for deposit with the United States Postal Service through the regular mail collection process at the Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

| | |
|---|---|
| Robert J. Nelson<br>Scott P. Nealey<br>Nancy Chung<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>Embarcadero Center West<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 | **ATTORNEYS FOR PLAINTIFF** |
| Douglas A. Sears<br>Joel A. Eisenberg<br>Matheny Sears Linkert & Long LLP<br>3638 American River Drive<br>Sacramento, California 95864<br>Telephone: 916.978.3434<br>Facsimile: 916.978.3430 | **ATTORNEYS FOR BUDGET RENT A CAR SYSTEM, INC.** |

1   I declare under penalty of perjury under the laws of the State of California that the
2   foregoing is true and correct.
3   Executed on July 9, 2007, at San Francisco, California

CAROLYN H. ISHIHARA