1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
5  San Francisco, California 94104-2828
   Telephone:   415.544.1900
6  Facsimile:   415.391.0281

7  Attorneys for Defendant
   FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 MEJ<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

**CERTIFICATE OF SERVICE BY U.S. MAIL**

I, Carolyn H. Ishihara, am employed in the City and County of San Francisco in the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104-2828.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of the law firm of Shook, Hardy & Bacon LLP, and that practice consists of depositing documents in the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On the date shown below, I served the attached:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**
- **ADR – DISPUTE RESOLUTION PROCEDURES;**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
- **SUPPLEMENTAL DOCUMENTS SPECIFIED IN CIVIL LOCAL RULE 4-2**

on the parties in this action by placing a true copy thereof in sealed envelopes addressed for deposit with the United States Postal Service through the regular mail collection process at the Law Offices of Shook, Hardy & Bacon, L.L.P., for delivery by mail addressed as follows:

Robert J. Nelson                                              **ATTORNEYS FOR PLAINTIFF**
Scott P. Nealey
Nancy Chung
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Facsimile: 415-956-1008

Douglas A. Sears                                              **ATTORNEYS FOR BUDGET RENT A CAR SYSTEM, INC.**
Joel A. Eisenberg
Matheny Sears Linkert & Long LLP
3638 American River Drive
Sacramento, California 95864
Telephone:   916.978.3434
Facsimile:   916.978.3430

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

126315v1

- 2 -

CERTIFICATE OF SERVICE
CASE NO. C 07-03539 MEJ

1  Executed on July 11, 2007, at San Francisco, California

_____
CAROLYN H. ISHIHARA

126315v1                                    - 3 -                              CERTIFICATE OF SERVICE
                                                                                 CASE NO. C 07-03539 MEJ