Law Offices of
**MATHENY SEARS LINKERT & LONG, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
dsears@msll.com
MICHAEL A. BISHOP, ESQ. (SBN 105063)
mbishop@msll.com
3638 American River Drive
Post Office Box 13711
Sacramento, CA 95853-4711
Telephone: (916) 978-3434
Facsimile: (916) 978-3430

Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100 inclusive,<br><br>Defendants. | Case No. C07-03539-MEJ<br><br>**BUDGET RENT A CAR SYSTEM, INC.'S JOINDER IN NOTICE OF REMOVAL OF ACTION**<br><br>Complaint Filed: June 7, 2007 |

Defendant BUDGET RENT A CAR SYSTEM, INC., with full reservation of all rights and defenses, through its undersigned counsel, hereby joins in FORD MOTOR COMPANY's Notice of Removal to this Court of the State Court action described in the said Notice of Removal.

Attached hereto as Exhibit 1 is a true and correct copy of the Summons served on Defendant Budget on June 12, 2007. The Summons was accompanied by the Complaint, which is attached as Exhibit A to the Notice of Removal.

///

1

Attached hereto as Exhibit 2 is a true and correct copy of Defendant Budget Rent A Car System, Inc.'s State Court Answer which was filed on July 6, 2007.

Dated: July 6, 2007

**MATHENY SEARS LINKERT & LONG, LLP**

By: *[signature]*
MICHAEL A. BISHOP, ESQ., Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

06-12-07   14:34   FROM-                                                           T-148   P.003/006   F-271

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC,
AND DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M.
FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

F I L E D
JUN 0 7 2007
SUPERIOR COURT, CLERK OF THE COURT
COUNTY OF CONTRA COSTA
D. WAGNER
, Deputy Clerk

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no le protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Contra Costa
Wakefield Taylor Courthouses, 725 Court St., Martinez, CA 94533

**CASE NUMBER:** *(Número del Caso):* C 07 -01240

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Scott P. Nealey, LIEFF, CABRASER, HEIMANN & BERNSTEIN, 275 Battery St., 30th Floor, San
Francisco, CA 94111 (415) 956-1000

DATE: JUN - 7 2007          CLERK OF THE           Clerk, by    **D. WAGNER**              , Deputy
*(Fecha)*                    SUPERIOR COURT        *(Secretario)*                           *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Budget Rent a Car System, Inc.
   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

Case 3:07-cv-03539-SI    Document 9    Filed 07/11/2007    Page 5 of 15

Law Offices of
**MATHENY SEARS LINKERT & LONG, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
JOEL A. EISENBERG, ESQ. (SBN 245453)
3638 American River Drive
Post Office Box 13711
Sacramento, CA 95853-4711
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC. and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C07-01240<br><br>**DEFENDANT BUDGET RENT A CAR SYSTEM, INC.'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT** |

COMES NOW, Defendant BUDGET RENT A CAR SYSTEM, INC., and in answering Plaintiffs' unverified complaint on file herein admits, denies, and alleges, as follows:

**GENERAL DENIAL**

Answering each and every allegation of each and every paragraph of each cause of action of Plaintiffs' Complaint, this answering Defendant denies each and every, all and singular, generally and specifically, conjunctively and disjunctively, the allegations therein contained, and each of them; further, answering Plaintiffs' Complaint, and each and every part of each and every cause of action therein contained, this answering Defendant denies that Plaintiffs have been injured or damaged as a proximate result of any act or omission on the part of this answering

1

1  Defendant as alleged, or in any other way whatsoever, or at all; further answering Plaintiffs'
2  Complaint, and each and every part of each and every cause of action therein contained, this
3  answering Defendant denies that Plaintiffs have been damaged in any of the various sums alleged
4  to have been unascertained at the time of the filing of the Complaint, or in any other sum or sums
5  whatsoever, or at all.

### FIRST AFFIRMATIVE DEFENSE

### (Comparative Fault)

8  AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE
9  to plaintiff's complaint on file herein, this answering defendant is informed and believes and
10 thereon alleges that at the time and place of the accident in question, plaintiff was guilty of
11 carelessness and negligence in and about the matters and things set forth in plaintiff's Complaint;
12 that said carelessness and negligence on plaintiff's own part proximately caused and contributed
13 to the happening of the accident in question and the resultant alleged injuries and damage to
14 plaintiff, if any.

### SECOND AFFIRMATIVE DEFENSE

### (Failure to State Cause of Action)

18 AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE
19 to plaintiff's complaint on file herein, this answering defendant alleges that the complaint fails to
20 state facts sufficient to constitute a or any cause of action against this answering defendant.

### THIRD AFFIRMATIVE DEFENSE

### (Misuse of Product)

23 AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to
24 Plaintiffs' Complaint on file herein, this answering Defendant is informed and believes and thereon
25 alleges that at the time and place referred to in plaintiffs' complaint, Plaintiffs used the product in a
26 manner for which it was not designed and that as a result of such misuse (which misuse was
27 unforeseeable), Plaintiffs suffered the alleged injury and damage, if any.
28 / / /

*DEFENDANT BUDGET RENT A CAR SYSTEM, INC.'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT*

### FOURTH AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiffs' Complaint on file herein, this answering Defendant alleges that following the alleged incident herein, Plaintiff failed and neglected to mitigate damages, and that said conduct or failure of conduct on Plaintiffs' own part proximately caused and contributed to the damages sustained by Plaintiffs, if any.

### FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiffs' Complaint on file herein, this answering Defendant alleges that Plaintiffs, with the exercise of reasonable diligence and effort, could have mitigated the damages alleged in the complaint; that the resulting damages, if any complained of in said complaint, were directly and proximately caused by the failure, neglect and refusal of the Plaintiffs to exercise reasonable diligence and effort to mitigate the damages alleged.

### SIXTH AFFIRMATIVE DEFENSE

### (Comparative Fault Unknown Third Party)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiffs' Complaint on file herein, and to each and every purported cause of action contained therein, this answering Defendant alleges that at the time and place of the events described in Plaintiffs' Complaint, persons and entities as yet unknown to this answering Defendant were careless, negligent, in breach of contract, in breach of fiduciary duty, in breach of warranty, express or implied, strictly liable and/or otherwise legally at fault in and about the matters and things alleged in Plaintiffs' Complaint which comparative negligence, breach of contract, breach of fiduciary duty, breach of warranty, strict liability and/or other legal fault proximately caused or contributed to the injuries and damages complained of, if any there were or are, and that liability should be apportioned among this answering Defendant and said persons and entities based upon their respective percentages of comparative fault.

*DEFENDANT BUDGET RENT A CAR SYSTEM, INC.'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT*

### SEVENTH AFFIRMATIVE DEFENSE

(American Motorcycle)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiffs' Complaint filed herein, this answering Defendant alleges that at the time and place of the events described in said complaint, Plaintiffs, themselves were careless, negligent, or otherwise legally at fault and that such carelessness, negligence or other legal fault on the part of Plaintiffs proximately caused or contributed, in whole or in part, to the injuries, losses and damages of which they complain, if any there are; by reason of these premises, Defendant respectfully requests that damages be apportioned according to the principles of comparative fault as set forth in decision of American Motor Cycle Association v. Superior Court (1978) 20 Cal.3d 578 [146 Cal.Rptr. 182] and that Plaintiffs' recovery be reduced in direct proportion to the amounts of said contributory or other legal fault.

### EIGHTH AFFIRMATIVE DEFENSE

(Proposition 51)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiffs' Complaint on file herein, and to each and every purported cause of action contained therein, this answering Defendant alleges that the injuries of which Plaintiffs complain are the proximate result of the acts, errors or omissions, negligence or other legal fault of parties, codefendants, persons, partnerships, corporations and entities, both named and unnamed. By virtue of the provisions of Civil Code section 1431 et seq. (Proposition 51, adopted June 3, 1986), answering Defendant respectfully requests that damages, if any, be allocated and apportioned amongst all causative factors and that Defendant be found legally responsible only for its determined share of legal fault.

### NINTH AFFIRMATIVE DEFENSE

(Failure to State a Cause of Action Re: Punitive Damages)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiffs' Complaint on file herein, this answering Defendant alleges that the complaint fails to state facts sufficient to constitute a viable cause of action for punitive and/or exemplary damages against

this answering Defendant.

## TENTH AFFIRMATIVE DEFENSE

### (Personal Jurisdiction)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiff's Complaint on file herein, this answering Defendant alleges that this Court lacks personal jurisdiction over this Defendant and is improper.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Improper Venue)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiff's Complaint on file herein, this answering Defendant alleges that venue in this Court and forum is improper.

## TWELFTH AFFIRMATIVE DEFENSE

### (Inconvenient Venue)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiff's Complaint on file herein, this answering Defendant alleges that venue and forum is inconvenient on the basis that none of the necessary parties and witnesses to this action are citizens or residents of the State of California.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Right to Assert Additional Defenses)

AS AND FOR A FURTHER, SEPARATE AND DISTINCT ANSWER AND DEFENSE to Plaintiff's Complaint on file herein, this answering Defendant alleges that Defendant presently has insufficient knowledge and information upon which to form a belief as to whether Defendant may have additional, as yet unstated, defenses. Accordingly, this answering Defendant reserves the right to assert additional defenses in the event discovery and/or investigation reveals a factual and/or legal basis for such affirmative defenses.

**WHEREFORE**, Defendant prays:

1. That Plaintiffs take nothing by reason of their Complaint on file herein, or any of the alleged causes of action therein contained;

*DEFENDANT BUDGET RENT A CAR SYSTEM, INC.'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT*

1   2. That Defendant have judgment for costs incurred herein;

2   3. That Defendant recovers its reasonable attorneys' fees; and

3   4. For such other and further relief as the Court may deem just and proper.

5   Dated: July 6, 2007                    **MATHENY SEARS LINKERT & LONG, LLP**

By: /s/ *signature*
JOEL A. EISENBERG, ESQ., Attorneys
for Defendant, BUDGET RENT A CAR
SYSTEM, INC.

6

*DEFENDANT BUDGET RENT A CAR SYSTEM, INC.'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT*

LAW OFFICES OF
MATHENY SEARS LINKERT & LONG, LLP
POST OFFICE BOX 13711
SACRAMENTO, CALIFORNIA 95853-4711

1  RE:  **SUSAN FARMER, et al. v. FORD MOTOR COMPANY, et al.**
2       Contra Costa County Superior Court, Case No. C 07-01240

3  **PROOF OF SERVICE**
   [Code Civ. Proc. §§ 1013(a)(3) & 1011]
4
5  I am a resident of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3638 American River Drive, Sacramento, California.
6
7  On this date, I served:   **DEFENDANT, BUDGET RENT A CAR SYSTEM, INC.'S ANSWER TO PLAINTIFFS' UNVERIFIED COMPLAINT**
8
9  _____  **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

10 XXX    **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

15 _____  **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the address(es) on the next business day.

17 _____  **BY PERSONAL DELIVERY:** by causing personal delivery by **of the document(s) listed above to the person(s) at the addressee(s) set forth below.

| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR FORD MOTOR COMPANY |
|---|---|
| Robert J. Nelson, Esq. | Amir Nassihi, Esq. |
| Scott P. Nealey, Esq. | Mia O. Solvesson, Esq. |
| Nancy Chung, Esq. | SHOOK, HARDY & BACON, LLP |
| LIEF, CABRASER, HEIMANN & BERNSTEIN | 333 Bush Street, Suite 600 |
| Embarcadero Center West | San Francisco, CA 94104 |
| 275 Battery Street, 30th Floor | Tel. (415) 544-1909 |
| San Francisco, CA 94111-3339 | Fax (415) 391-0281 |
| Dayphone: (415)956-1000 | |
| Fax: (415)956-1008 | |

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed on this __6th__ day of July, 2007, at Sacramento, California.

Karla J. Diaz

1

*Proof Of Service*

1  RE: **SUSAN FARMER, et al. v. FORD MOTOR COMPANY, et al.**
   Contra Costa County Superior Court, Case No. C 07-01240
2

3  **PROOF OF SERVICE**
   **[Code Civ. Proc. §§ 1013(a)(3) & 1011]**
4

5      I am a resident of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3638 American River Drive, Sacramento, California.

7      On this date, I served:     **BUDGET RENT A CAR SYSTEM, INC.'S JOINDER IN NOTICE OF REMOVAL OF ACTION**

8
9  _XXX_     **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

10 XXX     **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

    **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the address(es) on the next business day.

    **BY PERSONAL DELIVERY:** by causing personal delivery by **of the document(s) listed above to the person(s) at the addressee(s) set forth below.

| ATTORNEY FOR PLAINTIFFS | ATTORNEY FOR FORD MOTOR COMPANY |
|---|---|
| Robert J. Nelson, Esq. | Amir Nassihi, Esq. |
| Scott P. Nealey, Esq. | Mia O. Solvesson, Esq. |
| Nancy Chung, Esq. | SHOOK, HARDY & BACON, LLP |
| LIEF, CABRASER, HEIMANN & BERNSTEIN | 333 Bush Street, Suite 600 |
| Embarcadero Center West | San Francisco, CA 94104 |
| 275 Battery Street, 30th Floor | Tel. (415) 544-1909 |
| San Francisco, CA 94111-3339 | Fax (415) 391-0281 |
| Dayphone: (415)956-1000 | |
| Fax: (415) 956-1008 | |

    I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

    Executed on this __10th__ day of July, 2007, at Sacramento, California.

_Lisa Dixon_
Lisa Dixon

1

*Proof Of Service*

MATHENY SEARS LINKERT & LONG, LLP
POST OFFICE BOX 13711
SACRAMENTO, CALIFORNIA 95853-4711

Group Send Report

```
                                    Page      : 001
                                    Date & Time: Jul-10-07  11:47am
                                    Line 1    :
                                    Line 2    :
                                    Machine ID :
```

| | | |
|---|---|---|
| Job number | : | 004 |
| Date | : | Jul-10  11:42am |
| Number of pages | : | 014 |
| Start time | : | Jul-10  11:42am |
| End time | : | Jul-10  11:47am  (Resend time    :Jul-10  12:47pm) |

Successful nbrs.

   Fax numbers

      ☎14153910281

Unsuccessful nbrs.                                                                                              Pages sent

   Fax numbers

      ☎14159681008                                                                                    000

## Confirmation Report - Memory Send

```
                              Page        : 001
                              Date & Time : Jul-10-07 11:56am
                              Line 1      :
                              Line 2      :
                              Machine ID  :
```

| | | |
|---|---|---|
| Job number | : | 005 |
| Date | : | Jul-10 11:52am |
| To | : | ☏14159561008 |
| Number of pages | : | 014 |
| Start time | : | Jul-10 11:52am |
| End time | : | Jul-10 11:56am |
| Pages sent | : | 014 |
| Status | : | OK |
| Job number | : 005 | \*\*\* SEND SUCCESSFUL \*\*\* |

### Matheny Sears Linkert & Long LLP
Attorneys

3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864
POST OFFICE BOX 13711
SACRAMENTO, CALIFORNIA 95853-4711
TELEPHONE: (916)978-3434
FACSIMILE: (916)978-3430

### FACSIMILE TRANSMISSION COVER SHEET

**CONFIDENTIALITY NOTE:** The information contained in this facsimile message is legal, privileged and confidential information, intended only for the use of the individual or entity named below. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. Thank you.

| To: | H. Grant Law<br>Amir Nassihi<br>Mia O. Solvesson<br>SHOOK, HARDY & BACON LLP<br>415-391-0281 | Date: | July 10, 2007 |
|---|---|---|---|
| | | No. Of Pages<br>(Including cover sheet): | 14 |
| | Scott P. Nealey<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP<br>415-~~956~~-1008 *956-* | | |
| From: | Michael A. Bishop, Esq. | Sender: | Lisa Dixon |
| RE: | Farmer v. Budget | Sender's Phone No.: | 916-978-3434 |

**COMMENTS (if any):** _____

Original to be sent by:     XXXX     Regular Mail
                                     Via Express Mail/Federal Express
Original will not be sent   ____

If all pages are not received, or if copies are illegible, please contact the sender at the above-listed phone number.