Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
dsears@MathenySears.com
JOEL A. EISENBERG, ESQ. (SBN 245453)
jeisenberg@MathenySears.com
3638 American River Drive
Post Office Box 13711
Sacramento, CA 95853-4711
Telephone:   (916) 978-3434
Facsimile:    (916) 978-3430

Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 3:07-cv-3539<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective immediately, our firm names has changed from MATHENY SEARS LINKERT & LONG, LLP to MATHENY SEARS LINKERT & JAIME LLP. The firm's address, telephone and facsimile numbers will remain the same.

Dated: August 10th, 2007

MATHENY SEARS LINKERT & JAIME, LLP

By: /s/ Douglas Sears
DOUGLAS A. SEARS, ESQ., Attorneys for
BUDGET RENT A CAR SYSTEM, INC.

1

*NOTICE OF CHANGE OF FIRM NAME, Case No. 3:07-cv-3539*