Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
dsears@MathenySears.com
JOEL A. EISENBERG, ESQ. (SBN 245453)
jeisenberg@MathenySears.com
3638 American River Drive
Post Office Box 13711
Sacramento, CA 95853-4711
Telephone:   (916) 978-3434
Facsimile:   (916) 978-3430

Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100 inclusive,<br><br>Defendants. | Case No. 3:07-cv-3539<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 10, 2007                           **MATHENY SEARS LINKERT & JAIME, LLP**

By: _____
JOEL A. EISENBERG, ESQ., Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

1

RE: **SUSAN FARMER, et al. v. FORD MOTOR COMPANY, et al.**
United States District Court, Northern District of California Case No. 3:07-cv-3539

**PROOF OF SERVICE**
**[Code Civ. Proc. §§ 1013(a)(3) & 1011]**

I am a resident of the United States and employed in Sacramento County. I am over the age of eighteen years and not a party to the within entitled action. My business address is 3638 American River Drive, Sacramento, California.

On this date, I served: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGMENT TO A UNITED STATES DISTRICT JUDGE**

____  **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

XXX  **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below. I am readily familiar with my firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date of postage meter date is more than 1 day after date of deposit for mailing in affidavit.

____  **BY ELECTRONIC TRANSMISSION:** Based on a Court or an agreement of the parties to accept service by electronic transmission, I caused the documents to be electronically sent to the person on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was successful.

____  **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the address(es) on the next business day.

____  **BY PERSONAL DELIVERY:** by causing personal delivery by **of the document(s) listed above to the person(s) at the addressee(s) set forth below.

| Nancy Chung<br>Lieff Cabraser Heimann & Bernstein<br>275 Battery St 30th Fl<br>San Francisco, CA 94111 | |

I declare under penalty of perjury, according to the laws of the State of California, that the foregoing is true and correct.

Executed on this __10th__ day of August, 2007, at Sacramento, California.

_/s/ Karla J. Diaz_

1

*Proof Of Service*