**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, | No. C 07-03539SI |
| Plaintiff, | **NOTICE** |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been set for October 19, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: October 5, 2007



RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk