Tammy B. Webb (SBN: 227593)
tbwebb@shb.com
H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendants
FORD MOTOR COMPANY


Douglas A. Sears (SBN: 48646)
dsears@mathenysears.com
Joel A. Eisenberg (SBN: 245453)
jeisenberg@mathenysears.com
MATHENY SEARS LINKERT & JAIME LLP
3638 American River Drive
Post Office Box 13711
Sacramento, California 95853-4711
Telephone:    916.978.3434
Facsimile:    916.978.3430

Attorneys for Defendants
BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**DEFENDANTS FORD MOTOR COMPANY AND BUDGET RENT A CAR SYSTEMS, INC.'S NOTICE OF MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. §1404(a)**<br><br>Date:    November 30, 2007<br>Time:    9:00 a.m.<br>Judge:   Susan Illston<br>Dept:    Courtroom 10, 19th Floor<br><br>Complaint filed: June 7, 2007 |

PLEASE TAKE NOTICE that on November 30, 2007, at 9:00 a.m., in Courtroom 10, of the above entitled court, before the Honorable Susan Illston, Defendants Ford Motor Company and Budget Rent A Car System, Inc.'s Motion for Transfer of Venue Pursuant to 28 U.S.C. § 1404(a) will be heard.

Defendants Ford Motor Company and Budget Rent A Car System, Inc. will and hereby do seek an order transferring venue of this action to the District where the accident occurred and the majority of the critical witnesses are located, the United States District Court for the Northern District of Ohio, Eastern Division, pursuant to 28 U.S.C. §1404(a). This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, and supporting Declarations, any Reply Memorandum, the files and records of this case, and such other matters that the Court may consider.

Dated: October 8, 2007               SHOOK, HARDY & BACON L.L.P.


By:          s/Amir Nassihi
TAMMY B. WEBB
H. GRANT LAW
AMIR NASSIHI
MIA O. SOLVESSON

Attorneys for Defendant
FORD MOTOR COMPANY

Dated: October 8, 2007               MATHENY SEARS LINKERT & JAIME LLP


By: _____
DOUGLAS A. SEARS
JOEL A. EISENBERG
Attorneys for Defendant
BUDGET RENT A CAR SYSTEM, INC.