# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Farmer,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Ford Motor Company,<br><br>              Defendant(s). | 07-03539 SI<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-03539 SI                                                    -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: October 10, 2007

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03539 SI                                         -2-

PROOF OF SERVICE

Case Name:     Farmer v. Ford Motor Company

Case Number:     07-03539 SI

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On October 10, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Nancy Chung
>   Lieff, Cabraser, Heimann & Bernstein, LLP
>   275 Battery Street
>   30th Floor
>   San Francisco, CA 94111
>   nchung@lchb.com
>
>   Robert Jay Nelson
>   Lieff Cabraser Heimann & Bernstein LLP
>   275 Batery Street
>   30th Floor
>   San Francisco, CA 94111-3339
>   rnelson@lchb.com
>
>   Scott Purington Nealey
>   Lieff, Cabraser, Heimann & Bernstein LLP
>   275 Battery Street
>   30th Floor
>   San Francisco, CA 94111-3339
>   snealey@lchb.com

Mia Ottilia Solvesson
Shook, Hardy & Bacon LLP
333 Bush Street, Suite 600
San Francisco, CA 94104
msolvesson@shb.com

H. Grant Law
Shook Hardy & Bacon
333 Bush Street
Suite 600
San Francisco, CA 94104
hglaw@shb.com

Amir M Nassihi
Shook, Hardy & Bacon
333 Bush Street
Suite 600
San Francisco, CA 94104
anassihi@shb.com

Douglas Alson Sears
Matheny Sears Linkert & Jaime
3638 American River Drive
Sacramento, CA 95864
dsears@mathenysears.com

Michael A. Bishop
Matheny Sears Linkert & Jaime
3638 American River Drive
Sacramento, CA 95853-4711
mbishop@msll.com

Joel Aaron Eisenberg
Matheny Sears Linkert & Jaime
3638 American River Drive
Sacramento, CA 95864
jeisenberg@MathenySears.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 10, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov