UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susan Farmer, Arthur Farmer, et al.

             Plaintiff(s),

v.

Ford Motor Company, et al.

             Defendant(s).

Case No. C 07-03539 SI

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 12, 2007

                                                  AMIR NASSIHI
                                                Attorneys for Defendant
                                                FORD MOTOR COMPANY

Dated: October 11, 2007

                                                  DOUGLAS A. SEARS
                                                JOEL A. EISENBERG
                                                Attorneys for Defendant
                                                BUDGET RENT A CAR SYSTEM, INC.

Dated: October ___, 2007

                                                ROBERT NELSON
                                                SCOTT P. NEALEY
                                                NANCY CHUNG
                                                Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Susan Farmer, Arthur Farmer, et al.

          Plaintiff(s),

v.

Ford Motor Company, et al.

          Defendant(s).

Case No. C 07-03539 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October ___, 2007

                                          AMIR NASSIHI
                                          Attorneys for Defendant
                                          FORD MOTOR COMPANY

Dated: October ___, 2007

                                          DOUGLAS A. SEARS
                                          JOEL A. EISENBERG
                                          Attorneys for Defendant
                                          BUDGET RENT A CAR SYSTEM, INC.

Dated: October 12, 2007

                                          ROBERT NELSON
                                          SCOTT P. NEALEY
                                          NANCY CHUNG
                                          Attorneys for Plaintiff