Tammy B. Webb (SBN: 227593)
tbwebb@shb.com
H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   415.544.1900
Facsimile:   415.391.0281
Attorneys for Defendant FORD MOTOR COMPANY

Douglas A. Sears (SBN: 48646)
dsears@mathenysears.com
Joel A. Eisenberg (SBN: 245453)
jeisenberg@mathenysears.com
MATHENY SEARS LINKERT & JAIME LLP
3638 American River Drive
Post Office Box 13711
Sacramento, California 95853-4711
Telephone:   916.978.3434
Facsimile:   916.978.3430
Attorneys for Defendant BUDGET RENT A CAR
SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**DECLARATION OF AMIR NASSIHI IN SUPPORT OF DEFENDANTS FORD MOTOR COMPANY AND BUDGET RENT A CAR SYSTEM, INC.'S MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. §1404(a)**<br><br>Date:         November 30, 2007<br>Time:         9:00 a.m.<br>Judge:        Susan Illston<br>Courtroom:    10<br><br>Filed Concurrently Herewith: Defendants' MPA ISO Motion for Transfer of Venue; Declaration of Dave Kachler ISO Motion; Declaration of Joel Eisenberg ISO Motion; Appendix of Authorities ISO Motion; and [Proposed] Order;<br><br>Complaint filed: June 7, 2007 |

I, AMIR NASSIHI, declare:

1.      I am an attorney licensed to practice in the State of California and am an attorney in the law firm of Shook, Hardy & Bacon L.L.P., counsel of record for defendant Ford Motor Company in this action. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently that the matters set forth in this declaration are true and correct. I make this declaration in support of Defendants' Motion for Transfer of Venue Pursuant to Section 1404(a). The matters stated herein are true to my own personal knowledge, unless otherwise noted.

2.      According the Akron Police Department Traffic Crash Report and Dispatch Log, Susan Farmer and Virginia Farley received assistance at the accident scene (located at 1275 E. Waterloo Road, Akron, Ohio) from members of the Akron Police Department, including from Officers Kerry A. Jackson, Edward Hornaceck, and Scott William Thomas. Attached hereto as **Exhibit A** are true and correct copies of the Akron Police Department Traffic Crash Report and Dispatch Log.

3.      A witness identified in the Akron Police Department Dispatch Log is named Katie, and she reportedly called in the details of this accident.

4.      According to the Traffic Crash Report, Mrs. Farmer and Ms. Farley were taken by Ohio paramedics to Akron City Hospital.

5.      Soon after the accident (as early as June 13, 2006), Plaintiffs retained a Hudson, Ohio lawyer to pursue litigation on their behalf and to ensure that the car was preserved in Ohio. Attached hereto as **Exhibit** B is a true and correct copy of the letter dated June 13, 2006 from Dean S. Hoover of Hoover & Gialluca LLC (located in Hudson, Ohio), informing Budget Rent A Car (among others) that he is Susan Farmer and Virginia Farley's attorney, and requesting that the vehicle at issue be preserved in its then-current condition.

6.      The 2006 Grand Marquis that is the subject of this litigation (VIN# 2MEFM75V46X631709) was designed in Michigan and manufactured in Canada. Attached as

1 **Exhibit C** is a true and correct copy of a document showing the vehicle was assembled at the St. Thomas Plant in Ontario, Canada.

7. The 2006 Grand Marquis was purchased for the Budget location in Cleveland, Ohio, which is in the Northern District of Ohio. Attached as **Exhibit D** is a true and correct copy of the vehicle's sale invoice.

8. Ford has no manufacturing, assembly, and fabrication plants in California. Attached as **Exhibit E** is a true and correct copy of a complete listing of all Ford plants located in the U.S.

9. Four of Ford's manufacturing, assembly, and fabrication plants in Ohio are located in the Northern District of Ohio. Attached as **Exhibit F** are true and correct copies of documents listing information about Ford plants located in the Northern District of Ohio.

10. Ford has four additional manufacturing, assembly, and fabrication plants located in Ohio that are outside the Northern District of Ohio. Attached as **Exhibit G** are true and correct copies of documents detailing information about Ford plants located in Ohio but outside of the Northern District of Ohio.

11. Altogether, Ford's manufacturing, assembly, and fabrication plants in Ohio employ about 9,000 people and total over 16 million square feet. *See* **Exs. F & G**.

12. The Northern District of Ohio's Eastern Division is located approximately 180 miles away from Ford's headquarters/principal place of business, which are in Dearborn, Michigan. Ford was incorporated in Delaware.

13. On July 9, 2007, Defendants removed this action to this Court on the basis of diversity jurisdiction. Attached as **Exhibit H** is a true and correct copy of Defendant's Notice of Removal.

14. During the 12-month period ending on March 31, 2006, this District had 58 cases in trial with a median time interval of 27.5 months from the date they were filed to disposition at trial, whereas the Northern District of Ohio had only 35 cases in trial with a median time interval

2
DECLARATION OF AMIR NASSIHI ISO MOTION TO TRANSFER VENUE
CASE NO. C 07-03539 SI

127962v2

of 17.3 months.  Attached hereto as **Exhibit I** is a true and correct copy of relevant pages of the Median Time Intervals taken from the Federal Judicial Caseload Statistics.

Executed this 18th day of October, 2007 at San Francisco, California.

            /s/Amir Nassihi
              Amir Nassihi

3
DECLARATION OF AMIR NASSIHI ISO MOTION TO TRANSFER VENUE
CASE NO. C 07-03539 SI

127962v2