**EXHIBIT A**

# OHIO    TRAFFIC CRASH REPORT

OH-1 (REV.10/99)

| | | CRASH SEVERITY | PRIVATE PROPERTY | HIT/SKIP | PHOTOS TAKEN | OH-2 | OH-3 | OH-1P | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| LOCAL REPORT # | T 0 6 - 0 4 0 2 1 | **2** 1 FATAL 3 PDO / 2 INJURY 4 UNKNOWN | 'X' IF YES **X** | **1** 1 NOT HIT/SKIP / 2 SOLVED / 3 UNSOLVED | 'X' IF YES **X** | X | | | |

| N.C.I.C. # | REPORTING AGENCY * | # UNITS | UNIT ERROR | DATE OF CRASH * |
|---|---|---|---|---|
| 7 7 0 1 | AKRON POLICE DEPARTMENT | 0 3 | 0 1   98 = ANIMAL 99 = UNKNOWN | 0 6 1 0 2 0 0 6 |

| TIME OF CRASH | DAY OF WEEK | CITY | VILLAGE | TWP | NAME OF CITY, VILLAGE OR TOWNSHIP * | COUNTY # | LATITUDE | LONGITUDE |
|---|---|---|---|---|---|---|---|---|
| 1 6 4 0 | S a t | X | | | Akron | 7 7 | | |

CRASH OCCURRED ON

| PREFIX | CRASH LOCATION | | TYPE LOC | TYPE LOCATION POINT USED | LOCAL DESCRIPTION |
|---|---|---|---|---|---|
| E | Waterloo | | 1 | 1 NAMED STREET  3 NUMBERED ROUTE / 2 NUMBERED STREET | |

| AT/FROM/REF | | | | REFERENCE POINT USED | 04 HOUSE NUMBER    08 PLACE NAME W/O REFERENCE |
|---|---|---|---|---|---|
| DIST REFERENCE | DIR | PREFIX | REFERENCE | REF POINT | 01 STATE LINE        05 TOWNSHIP BOUNDARY   09 DRIVEWAY |
| | | | 1275 | | 02 INTERSECTION 2 STREETS  06 MILE POST   10 STREET OR ROUTE W/O |
| | | | | | 03 COUNTY LINE    07 CORPORATION LIMIT   REFERENCE |

## A

| UNIT # | # OF OCC. | NAME (LAST, FIRST, MIDDLE) |
|---|---|---|
| 0 1 | 0 0 | |

| ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|
| Akron, OH |

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | AGE | SEX | HOME PHONE # | WORK PHONE # |
|---|---|---|---|---|---|
| | | | | | |

| DL STATE | DL # | LP STATE | LP # | INJURED TAKEN BY | 1 NONE  4 OTHER / 2 EMS   5 UNKNOWN / 3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|---|---|---|---|
| OH | | OH | DRJ3613 | 1 | 1 | | |

| OWNER NAME (IF SAME, WRITE "SAME") | ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|
| PV HOLDING CORP | 18923 Maplewood Av Cleveland, OH 44135 |

| YEAR | MAKE | MODEL | COLOR | INSURANCE COMPANY | TOWING SERVICE | OWNER PHONE # |
|---|---|---|---|---|---|---|
| 2 0 0 6 | Mercury | Grand Marquis | SIL | Unknown | N/A | |

| OFFENSE CHARGED | OFFENSE DESCRIPTION | CITATION # | LOCAL CODE? 'X' IF YES |
|---|---|---|---|
| | | | |

## B

| UNIT # | # OF OCC. | NAME (LAST, FIRST, MIDDLE) |
|---|---|---|
| 0 2 | | Farmer, Susan Farley |

| ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|
| 679 Tahos Rd Orinda, CA 94563 |

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | AGE | SEX | HOME PHONE # | WORK PHONE # |
|---|---|---|---|---|---|
| | 0 9 2 6 1 9 4 1 | 6 4 | F | | |

| DL STATE | DL # | LP STATE | LP # | INJURED TAKEN BY | 1 NONE  4 OTHER / 2 EMS   5 UNKNOWN / 3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|---|---|---|---|
| CA | C5996164 | | | 2 | 2 | A.F.D. | ACH |

| OWNER NAME (IF SAME, WRITE "SAME") | ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|
| | |

| YEAR | MAKE | MODEL | COLOR | INSURANCE COMPANY | TOWING SERVICE | OWNER PHONE # |
|---|---|---|---|---|---|---|
| | | | | NA | | |

| OFFENSE CHARGED | OFFENSE DESCRIPTION | CITATION # | LOCAL CODE? 'X' IF YES |
|---|---|---|---|
| | | | |

## C

| UNIT # | NAME (LAST, FIRST, MIDDLE) | HOME PHONE # | DATE OF BIRTH | AGE | SEX |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS (STREET, CITY, STATE, ZIP CODE) | INJURED TAKEN BY  1 NONE  4 OTHER / 2 EMS   5 UNKNOWN / 3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|
| | | | |

## D

| UNIT # | NAME (LAST, FIRST, MIDDLE) | HOME PHONE # | DATE OF BIRTH | AGE | SEX |
|---|---|---|---|---|---|
| | | | | | |

| ADDRESS (STREET, CITY, STATE, ZIP CODE) | INJURED TAKEN BY  1 NONE  4 OTHER / 2 EMS   5 UNKNOWN / 3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|
| | | | |

| | SEATING POSITION | SAFETY EQUIPMENT | AIR BAG | AIR BAG SWITCH | EJECTED | TRAPPED | INJURIES |
|---|---|---|---|---|---|---|---|
| 0 1 | 01 FRONT - LEFT (MC DRIVER) 02 FRONT - MIDDLE 03 FRONT - RIGHT | MOTORIST 01 NONE USED 02 SHOULDER BELT ONLY | 1 1 NOT DEPLOYED 2 DEPLOYED-FRONT 3 DEPLOYED-SIDE | 1 1 NOT PRESENT 2 ON POSITION 3 IN OFF POSITION | 1 1 NOT EJECTED 2 TOTALLY EJECTED 3 PARTIALLY EJECTED | 1 1 NOT TRAPPED 2 EXTRICATED BY MECHANICAL | 1 1 NO INJURY 2 POSSIBLE 3 NON- |
| 1 6 | 04 SECOND - LEFT (MC PASS) 05 SECOND - MIDDLE 06 SECOND - RIGHT (MC PASSENGER/SIDE CAR) | 03 LAP BELT ONLY 04 SHOULDER/LAP BELT 05 CHILD SAFTEY SEAT 06 MC HELMET USED | 4 DEPLOYED BOTH FRONT/SIDE 5 NOT APPLICABLE 6 UNKNOWN | 4 UNKNOWN | 4 NOT APPLICABLE 5 UNKNOWN | MEANS 3 FREED BY NON-MECHANICAL MEANS | INCAPACITATING 4 INCAPACITATING 5 INCAPACITATING |
| | 08 THIRD - MIDDLE 09 THIRD - RIGHT 10 SLEEPER SECTION OF CAB | 07 USE UNKNOWN NON-MOTORIST 08 NONE USED | | | | 4 UNKNOWN | 6 INCAPACITATING |
| | 11 ENCLOSED CARGO AREA 12 UNENCLOSED CARGO AREA 13 TRAILER UNIT | 09 HELMET USED 10 PROTECTIVE PADS 11 REFLECTIVE CLOTHING | | | | | 6 6 |
| | 14 EXTERIOR 15 OTHER 16 NON-MOTORIST 17 UNKNOWN | 12 LIGHTING 13 OTHER 14 UNKNOWN | | | | | |

BLANK FOR WITNESS

| 1 3 | safety equipment codes entries: A 1, B 3 |

SUPPLEMENT 'X' IF YES

HSY7001

# OHIO    TRAFFIC CRASH REPORT

UH-1 (REV. 10/99)

| LOCAL REPORT # | CRASH SEVERITY | PRIVATE PROPERTY | HIT/SKIP | PHOTOS TAKEN | OH-2 | OH-3 | OH-1P | OTHER |
|---|---|---|---|---|---|---|---|---|
| T 0 6 - 0 4 0 2 1 | 2  1 FATAL 3 PDO  2 INJURY 4 UNKNOWN | 'X' IF YES  X | 1  1 NOT HIT/SKIP  2 SOLVED  3 UNSOLVED | 'X' IF YES | X | | | |

| N.C.I.C. # | REPORTING AGENCY * | # UNITS * | UNIT ERROR | DATE OF CRASH * |
|---|---|---|---|---|
| 7 7 0 1 | AKRON POLICE DEPARTMENT | 0 3 | 0 1  98 = ANIMAL  99 = UNKNOWN | 0 6  1 0  2 0 0 6 |

| TIME OF CRASH | DAY OF WEEK | CITY * | VILLAGE * | TWP * | NAME (OF CITY, VILLAGE OR TOWNSHIP) * | COUNTY * | LATITUDE | LONGITUDE |
|---|---|---|---|---|---|---|---|---|
| 1 6 4 0 | S a t | X | | | Akron | 7 7 | | |

| CRASH OCCURRED ON | | | | |
|---|---|---|---|---|
| PREFIX  E | CRASH LOCATION  Water Loo | TYPE LOC  1 | TYPE LOCATION POINT USED  1 NAMED STREET  3 NUMBERED ROUTE  2 NUMBERED STREET | LOCAL INFORMATION |

| AT/REFERENCE  DIST REFERENCE | DR | PREFIX | REFERENCE  1275 | REF POINT | REFERENCE POINT USED  01 STATE LINE  02 INTERSECTION STREETS  03 COUNTY LINE  04 HOUSE NUMBER  05 TOWNSHIP BOUNDARY  06 MILE POST  07 CORPORATION LIMIT | 08 PLACE NAME W/O REFERENCE  09 DRIVEWAY  10 STREET OR ROUTE W/O REFERENCE |
|---|---|---|---|---|---|---|

## Motorist/Non-Motorist

### A

| UNIT #  0 3 | # OF OCC. | NAME (LAST, FIRST, MIDDLE)  Farley, Virginia M |
|---|---|---|

ADDRESS (STREET, CITY, STATE, ZIP CODE)  200 Laurel Lake Dr Apt. # 347 Hudson, OH 44236

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | AGE | SEX | HOME PHONE # | WORK PHONE # |
|---|---|---|---|---|---|
| ▪▪▪▪▪▪▪▪ | 0 1  0 9  1 9 1 3 | 9 3 | F | (330) 655-4168 | |

| DL STATE  OH | DL # | LP STATE | LP # | INJURED TAKEN BY  2 | 1 NONE  4 OTHER  2 EMS  5 UNKNOWN  3 POLICE | TRANSPORTED BY  A.F.D. | INJURED TAKEN TO  ACH |
|---|---|---|---|---|---|---|---|

| OWNER NAME (IF SAME, WRITE "SAME") | ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|

| YEAR | MAKE | MODEL | COLOR | INSURANCE COMPANY  NA | TOWING SERVICE | OWNER PHONE # |
|---|---|---|---|---|---|---|

| OFFENSE CHARGED | OFFENSE DESCRIPTION | CITATION # | LOCAL CODE?  'X' IF YES |
|---|---|---|---|

### B

| UNIT # | # OF OCC. | NAME (LAST, FIRST, MIDDLE) |
|---|---|---|

ADDRESS (STREET, CITY, STATE, ZIP CODE)

| SOCIAL SECURITY NUMBER | DATE OF BIRTH | AGE | SEX | HOME PHONE # | WORK PHONE # |
|---|---|---|---|---|---|

| DL STATE | DL # | LP STATE | LP # | INJURED TAKEN BY | 1 NONE  4 OTHER  2 EMS  5 UNKNOWN  3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|---|---|---|---|

| OWNER NAME (IF SAME, WRITE "SAME") | ADDRESS (STREET, CITY, STATE, ZIP CODE) |
|---|---|

| YEAR | MAKE | MODEL | COLOR | INSURANCE COMPANY | TOWING SERVICE | OWNER PHONE # |
|---|---|---|---|---|---|---|

| OFFENSE CHARGED | OFFENSE DESCRIPTION | CITATION # | LOCAL CODE?  'X' IF YES |
|---|---|---|---|

## Occupant

### C

| UNIT # | NAME (LAST, FIRST, MIDDLE) | HOME PHONE # | DATE OF BIRTH | AGE | SEX |
|---|---|---|---|---|---|

| ADDRESS (STREET, CITY, STATE, ZIP CODE) | INJURED TAKEN BY  1 NONE  4 OTHER  2 EMS  5 UNKNOWN  3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|

### D

| UNIT # | NAME (LAST, FIRST, MIDDLE) | HOME PHONE # | DATE OF BIRTH | AGE | SEX |
|---|---|---|---|---|---|

| ADDRESS (STREET, CITY, STATE, ZIP CODE) | INJURED TAKEN BY  1 NONE  4 OTHER  2 EMS  5 UNKNOWN  3 POLICE | TRANSPORTED BY | INJURED TAKEN TO |
|---|---|---|---|

| | SEATING POSITION | | SAFETY EQUIPMENT | | AIR BAG | | AIR BAG SWITCH | | EJECTED | | TRAPPED | | INJURIES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 6  A | 01 FRONT - LEFT (MC DRIVER)  02 FRONT - MIDDLE  03 FRONT - RIGHT  04 SECOND - LEFT (MC PASS)  05 SECOND - MIDDLE  06 SECOND - RIGHT  07 THIRD - LEFT (MC PASSENGER/SIDE CAR)  08 THIRD - MIDDLE  09 THIRD - RIGHT  10 SLEEPER SECTION OF CAB  11 ENCLOSED CARGO AREA  12 UNENCLOSED CARGO AREA  13 TRAILER UNIT  14 EXTERIOR  15 OTHER  16 NON-MOTORIST  17 UNKNOWN | A  B  C  D | MOTORIST  01 NONE USED  02 SHOULDER BELT ONLY  03 LAP BELT ONLY  04 SHOULDER/LAP BELT  05 CHILD SAFTEY SEAT  06 MC HELMET USED  07 USE UNKNOWN  08 NONE USED  09 HELMET USED  10 PROTECTIVE PADS  11 REFLECTIVE CLOTHING  12 LIGHTING  13 OTHER  14 UNKNOWN | A  B  C  D | 1 NOT-DEPLOYED  2 DEPLOYED-FRONT  3 DEPLOYED-SIDE  4 DEPLOYED BOTH FRONT/SIDE  5 NOT APPLICABLE  6 UNKNOWN | A  B  C  D | 1 NOT PRESENT  2 IN ON POSITION  3 IN OFF POSITION  4 UNKNOWN | A  B  C  D | 1 NOT EJECTED  2 TOTALLY EJECTED  3 PARTIALLY EJECTED  4 NOT APPLICABLE  5 UNKNOWN | A  B  C  D | 6  1 NOT TRAPPED  2 EXTRICATED BY MECHANICAL MEANS  3 FREED BY NON-MECHANICAL MEANS  4 UNKNOWN | A  B  C  D | 6  1 NONE  2 POSSIBLE  3 NON-INCAPACITATING  4 INCAPACITATING  5 FATAL INJURY  6 UNKNOWN |
| BLANK FOR WITNESS | | | | | | | | | | | | SUPPLEMENT  'X' IF YES | |

HSY7001



**UNIT NUMBERS**
`0` `1` `0` `2`

**NON-MOTORIST LOCATION**
`0` `6`

01 MARKED CROSSWALK AT INTERSECTION
02 INTERSECTION NO CROSSWALK
03 NON-INTERSECTION CROSSWALK
04 DRIVEWAY ACCESS CROSSWALK
05 IN ROADWAY
06 NOT IN ROADWAY
07 MEDIAN (BUT NOT SHOULDER)
08 ISLAND
09 SHOULDER
10 SIDEWALK
11 WITHIN 10 FEET OF ROADWAY (NOT SHOULDER, MEDIAN, SIDEWALK, ISLAND)
12 BEYOND 10 FEET OF ROADWAY (WITHIN TRAFFICWAY)
13 OUTSIDE TRAFFICWAY
14 SHARED USE PATHS OR TRAILS
15 UNKNOWN

**TYPE OF UNIT**
`0` `4` `2`

**MOTORIST**
01 SUB-COMPACT
02 COMPACT
03 MID SIZE
04 FULL SIZE
05 MINIVAN
06 SPORT UTILITY VEHICLE
07 PICKUP
08 PANEL/VAN
09 SINGLE UNIT TRUCK, 2 AXLES, 6 TIRES
10 SINGLE UNIT TRUCK 3+ AXLES
11 TRUCK/TRAILER
12 TRUCK TRACTOR (BOBTAIL)
13 TRACTOR/SEMI-TRAILER
14 TRACTOR/DOUBLE SHORT
15 TRACTOR/DOUBLE LONG
16 FIFTH WHEEL OR CONVERTER DOLLY
17 TRACTOR/TRIPLES
18 MOTORCYCLE
19 MOTORIZED BICYCLE
20 SCHOOL BUS
21 CHURCH BUS
22 PUBLIC BUS
23 OTHER BUS
24 POLICE VEHICLE
25 FIRE TRUCK
26 AMBULANCE/RESCUE
27 TAXI
28 MOTOR HOME
29 TRAIN
30 FARM VEHICLE
31 FARM EQUIPMENT
32 SNOWMOBILE
33 CONSTRUCTION EQUIPMENT
34 ALL OTHERS

**NON-MOTORIST**
35 ANIMAL W/RIDER
36 ANIMAL W/BUGGY
37 BICYCLE
38 PEDESTRIAN
39 PEDALCYCLIST
42 SKATER
41 OTHER NON-MOTORIST
42 UNKNOWN

**IN EMERGENCY RESPONSE**
`A` `B`

1 NO
2 YES
3 UNKNOWN

**DAMAGE SCALE**
`A` `B`

1 NONE
2 NON-FUNCTIONAL DAMAGE
3 FUNCTIONAL DAMAGE
4 DISABLING DAMAGE
5 SEVERE
6 UNKNOWN

**DAMAGE AREA**

A

B

**MOST DAMAGED AREA**
`A` `B`

01 NONE
02 CENTER FRONT
03 RIGHT FRONT
04 RIGHT SIDE
05 RIGHT REAR
06 REAR CENTER
07 LEFT REAR
08 LEFT SIDE
09 LEFT FRONT
10 TOP AND WINDOWS
11 UNDERCARRIAGE
12 LOAD/TRAILER
13 TOTAL (ALL AREAS)
14 OTHER
15 UNKNOWN

**POINT OF IMPACT**
`0` `1`

01 NONE
02 CENTER FRONT
03 RIGHT FRONT
04 RIGHT SIDE
05 RIGHT REAR
06 REAR CENTER
07 LEFT REAR
08 LEFT SIDE
09 LEFT FRONT
10 TOP AND WINDOWS
11 UNDERCARRIAGE
12 LOAD/TRAILER
13 TOTAL (ALL AREAS)
14 OTHER
15 UNKNOWN

**ACTION**
`A` `B`

1 NON-CONTACT
2 NON-COLLISION
3 STRIKING
4 STRUCK
5 BOTH STRIKING AND STRUCK
5 UNKNOWN

**STRIKING VEHICLE: OVERRIDE / UNDERRIDE**
`7`

1 NO UNDERRIDE OR OVERRIDE
2 UNDERRIDE, COMPARTMENT INTRUSION
3 UNDERRIDE, NO COMPARTMENT INTRUSION
4 UNDERRIDE, COMPARTMENT INTRUSION UNKNOWN
5 OVERRIDE, MOTOR VEHICLE IN TRANSPORT
6 OVERRIDE, OTHER VEHICLE
7 UNKNOWN

**PRE-CRASH ACTIONS**
`1` `2` `1` `9`

**MOTORIST**
01 MOVEMENTS ESSENTIALLY STRAIGHT AHEAD
02 BACKING
03 CHANGING LANES
04 OVERTAKING/PASSING
05 TURNING RIGHT
06 TURNING LEFT
07 MAKING U-TURN
08 ENTERING TRAFFIC LANE
09 LEAVING TRAFFIC LANE
10 PARKED
11 SLOWING/STOPPED IN TRAFFIC
12 DRIVERLESS
13 OTHER
14 UNKNOWN

**NON-MOTORIST**
15 ENTERING/CROSSING IN SPECIFIED LOCATION
16 WALKING, RUNNING, JOGGING, PLAYING, CYCLING
17 WORKING
18 PUSHING VEHICLE
19 APPROACHING/LEAVING VEHICLE
20 PLAYING/WORKING ON VEHICLE
21 STANDING
22 OTHER
23 UNKNOWN

**CONTRIBUTING CIRCUMSTANCES**
`2` `1` `3` `2`

**MOTORIST**
01 NONE
02 FAILURE TO YIELD
03 RAN RED LIGHT, OR STOP SIGN
04 EXCEEDED SPEED LIMIT
05 UNSAFE SPEED
06 IMPROPER TURN
07 LEFT OF CENTER
08 FOLLOWED TOO CLOSE/ ACDA
09 IMPROPER LANE CHANGE/ DROVE OFF ROAD
10 IMPROPER PASSING
10 IMPROPER BACKING
11 IMPROPER START FROM PARKED POSITION
12 STOPPED OR PARKED ILLEGALLY
13 OPERATING VEHICLE IN ERRATIC, RECKLESS, CARELESS, NEGLIGENT OR AGGRESSIVE MANNER
14 SWERVING TO AVOID (DUE TO WIND, SLIPPERY SURFACE, VEHICLE, OBJECT, NON-MOTORIST IN ROADWAY, ETC)
15 FAILURE TO CONTROL
16 VISION OBSTRUCTION
17 DRIVER INATTENTION
18 FATIGUED/ASLEEP
19 OPERATING DEFECTIVE EQUIPMENT
20 LOAD SHIFTING/FALLING/SPILLING
21 OTHER IMPROPER ACTION
22 UNKNOWN

**NON-MOTORIST**
23 NONE
24 IMPROPER CROSSING
25 DARTING
26 LYING AND/OR ILLEGALLY IN ROADWAY
27 FAILURE TO YIELD RIGHT OF WAY
28 NOT VISIBLE (DARK CLOTHING)
29 INATTENTIVE
30 FAILURE TO OBEY TRAFFIC SIGNS, SIGNALS, OR OFFICER
31 WRONG SIDE OF THE ROAD
32 OTHER
33 UNKNOWN

**VEHICLE DEFECT**
CODE ONLY IF "15" SELECTECED ABOVE
`A` `B`

01 TURN SIGNALS
02 HEAD LAMPS
03 TAIL LAMPS
04 BRAKES
05 STEERING
06 TIRE BLOWOUT
07 WORN OR SLICK TIRES
08 TRAILER EQUIPMENT DEFECTIVE
09 MOTOR TROUBLE
10 DISABLED FROM PRIOR CRASH
11 OTHER DEFECTS

**SEQUENCE OF EVENTS**

| A | | |
|---|---|---|
| `2` `0` | | |

| B | | |
|---|---|---|
| `1` `1` | | |

| | | |
|---|---|---|
| `3` `9` | | |

**NON-COLLISION**
01 OVERTURN/ROLLOVER
02 FIRE/EXPLOSION
03 IMMERSION
04 JACKKNIFE
05 CARGO/EQUIPMENT LOSS/THEFT
06 EQUIPMENT FAILURE
07 SEPARATION OF UNITS
08 RAN OFF ROAD RIGHT
09 RAN OFF ROAD LEFT
10 CROSS MEDIAN/CENTERLINE
11 DOWNHILL RUNAWAY
12 OTHER NON-COLLISION
23 UNKNOWN NON-COLLISION

**COLLISION W/PERSON, VEHICLE, OR OBJECT NOT FIXED**
14 PEDESTRIAN
15 PEDALCYCLE
16 RAILWAY VEHICLE
17 ANIMAL - FARM
18 ANIMAL - DEER
19 ANIMAL - OTHER
20 MOTOR VEHICLE IN TRANSPORT
21 PARKED MOTOR VEHICLE
22 WORK ZONE MAINTENANCE EQUIPMENT
23 OVERHEAD SIGN POST
24 MOVABLE OBJECT
24 UNKNOWN MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT**
25 IMPACT ATTENUATOR/CRASH CUSHION
26 BRIDGE OVERHEAD STRUCTURE
27 BRIDGE PIER OR ABUTMENT
28 BRIDGE PARAPET
29 BRIDGE RAIL
30 GUARDRAIL FACE
31 GUARDRAIL END
32 MEDIAN BARRIER
33 HIGHWAY TRAFFIC SIGN POST
34 OVERHEAD SIGN POST
35 LIGHT/LUMINARIES SUPPORT
36 UTILITY POLE
37 OTHER POST, POLE OR SUPPORT
38 CULVERT
39 CURB
40 DITCH
41 EMBANKMENT
42 FENCE
43 MAILBOX
44 TREE
45 OTHER FIXED OBJECT
46 WORK ZONE MAINTENANCE EQUIPMENT
47 UNKNOWN FIXED OBJECT
48 OTHER
49 UNKNOWN

**FIRST HARMFUL EVENT**
`2`

OF THE SEQUENCE OF EVENTS - WHICH ONE IS THE FIRST HARMFUL EVENT (1-4)

**MOST HARMFUL EVENT**
`2`

OF THE SEQUENCE OF EVENTS - WHICH ONE IS THE MOST HARMFUL EVENT (1-4)

**SPEED DETECTED**

1 STATED
2 ESTIMATED SPEED

**SPEED**

**POSTED SPEED**
`A` `B`

**TRAFFIC CONTROL**
`0` `1`

01 NO CONTROLS
02 STOP SIGN
03 YIELD SIGN
04 TRAFFIC SIGNAL
05 TRAFFIC FLASHERS
06 SCHOOL ZONE
07 RAILROAD CROSSBUCKS
08 RAILROAD FLASHERS
09 RAILROAD GATES
10 CONSTRUCTION BARRICADE
11 POLICE OFFICER
12 PAVEMENT MARKINGS
13 CROSSWALK LINES
14 WALK/DON'T WALK SIGNAL
15 TRAFFIC CONTROL DEVICE INOPERATIVE, MISSING, OBSCURED
16 OTHER

**DIRECTION**

| | FROM | TO | | FROM | TO |
|---|---|---|---|---|---|
| | `4` | `3` | | `9` | `9` |

1 NORTH
2 SOUTH
3 EAST
4 WEST
5 NORTHEAST
6 NORTHWEST
7 SOUTHEAST
8 SOUTHWEST
9 UNKNOWN

**CONDITION**
`1` `1`

1 APPARENTLY NORMAL
2 PHYSICAL IMPAIRMENT
3 EMOTIONAL
4 ILLNESS
5 FELL ASLEEP, FAINTED, FATIGUED, ETC
6 UNDER THE INFLUENCE OF MEDICATIONS/DRUGS/ALCOHOL
7 OTHER
8 UNKNOWN

**ALCOHOL/DRUGS SUSPECTED**
`1` `1`

1 NONE
2 YES - ALCOHOL SUSPECTED
3 YES - HBD NOT IMPAIRED
4 YES - DRUGS SUSPECTED
5 YES - ALCOHOL/DRUGS SUSPECTED
6 UNKNOWN

**ALCOHOL TEST STATUS**
`1`

1 NONE
2 TEST REFUSED
3 TEST GIVEN, CONTAMINATED SAMPLE/UNUSABLE
4 TEST GIVEN, RESULTS KNOWN
5 TEST GIVEN, RESULTS UNKNOWN
6 UNKNOWN

**ALCOHOL TEST TYPE**
`1`

1 NONE          4 BREATH
2 BLOOD         5 OTHER
3 URINE

**ALCOHOL TEST RESULT**

**DRUG TEST STATUS**
`1`

1 NONE
2 TEST REFUSED
3 TEST GIVEN, CONTAMINATED SAMPLE/UNUSABLE
4 TEST GIVEN, RESULTS KNOWN
5 TEST GIVEN, RESULTS UNKNOWN
6 UNKNOWN

**DRUG TEST TYPE**
`1`

1 NONE
2 BLOOD
3 URINE
4 OTHER

**DRUG TEST 1&2 RESULT**
`A` `B`

1 NONE
2 MARIJUANA
3 COCAINE
4 OPIATES
5 AMPHETAMINES
6 PCP
7 OTHER
8 UNKNOWN AT TIME OF REPORTING

**TYPE OF INTERSECTION**
`0` `1`

01 NOT AN INTERSECTION
02 FOUR-WAY INTERSECTION
03 T-INTERSECTION
04 Y-INTERSECTION
05 TRAFFIC CIRCLE/ROUNDABOUT
06 RAMP (ON/OFF/ACCESS)
07 ON RAMP
08 OFF RAMP
09 CROSSOVER
10 DRIVEWAY/ACCESS
11 RAILWAY GRADE CROSSING
12 SHARED USE PATHS OR TRAILS
13 UNKNOWN

**OCCURRENCE**
`6`

1 ON ROADWAY
2 ON SHOULDER
3 ON MEDIAN
4 ON ROADSIDE
5 ON GORE
6 OUTSIDE TRAFFICWAY
7 UNKNOWN

**ROAD CONTOUR**
`2`

1 STRAIGHT LEVEL
2 STRAIGHT GRADE
3 CURVE LEVEL
4 CURVE GRADE

**ROAD CONDITIONS**
PRIMARY    SECONDARY
`0` `1`

01 DRY
02 WET
03 SNOW
04 ICE
05 SAND, MUD, DIRT, OIL, GRAVEL
06 WATER (STANDING, MOVING)
07 SLUSH
08 DEBRIS
09 RUT, HOLES, BUMPS, UNEVEN PAVEMENT**
10 OTHER
11 UNKNOWN

** SECONDARY ROAD CONDITIONS ONLY

SUPPLEMENTAL "X" IF YES

LOCAL REPORT # * `T` `0` `6` `-` `0` `4` `0` `2` `1`

TOP COPY - ODPS   BOTTOM COPY - AGENCY

**UNIT NUMBERS**
`0` `3` | A `B`

**DAMAGE AREA**
Front
A
B
Rear

**PRE-CRASH ACTIONS**
`1` `9` | A B

**MOTORIST**
01 MOVEMENTS ESSENTIALLY STRAIGHT AHEAD
02 BACKING
03 CHANGING LANES
04 OVERTAKING/PASSING
05 TURNING RIGHT
06 TURNING LEFT
07 MAKING U TURN
08 ENTERING TRAFFIC LANE
09 LEAVING TRAFFIC LANE
10 PARKED
11 SLOWING/STOPPED IN TRAFFIC
12 DRIVERLESS
13 OTHER
14 UNKNOWN

**NON-MOTORIST**
15 ENTERING/CROSSING IN SPECIFIED LOCATION
16 WALKING, RUNNING, JOGGING, PLAYING, CYCLING
17 WORKING
18 PUSHING VEHICLE
19 APPROACHING/LEAVING VEHICLE
20 PLAYING/WORKING ON VEHICLE
21 STANDING
22 OTHER
23 UNKNOWN

**SEQUENCE OF EVENTS**
A
`2` `0`
| | | |
| | | |
| | | | 1
| | | | 2
| | | | 3
| | | | 4

**NON-COLLISION**
01 OVERTURN/ROLLOVER
02 FIRE/EXPLOSION
03 IMMERSION
04 JACKKNIFE
05 CARGO/EQUIPMENT LOSS/THEFT
06 EQUIPMENT FAILURE
07 SEPARATION OF UNITS
08 RAN OFF ROAD RIGHT
09 RAN OFF ROAD LEFT
10 CROSS MEDIAN/CENTERLINE
11 DOWNHILL RUNAWAY
12 OTHER NON-COLLISION
13 UNKNOWN COLLISION

**COLLISION W/PERSON, VEHICLE, OR OBJECT NOT FIXED**
14 PEDESTRIAN
15 PEDALCYCLE
16 RAILWAY VEHICLE
17 ANIMAL - FARM
18 ANIMAL - DEER
19 ANIMAL - OTHER
20 MOTOR VEHICLE IN TRANSPORT
21 PARKED MOTOR VEHICLE
22 WORK ZONE MAINTENANCE EQUIPMENT
23 OTHER MOVABLE OBJECT

**COLLISION WITH FIXED OBJECT**
25 IMPACT ATTENUATOR/CRASH CUSHION
26 BRIDGE OVERHEAD STRUCTURE
27 BRIDGE PIER OR ABUTMENT
28 BRIDGE PARAPET
29 BRIDGE RAIL
30 GUARDRAIL FACE
31 GUARDRAIL END
32 MEDIAN BARRIER
33 HIGHWAY TRAFFIC SIGN POST
34 OVERHEAD SIGN POST
35 LIGHT/LUMINARIES SUPPORT
36 UTILITY POLE
37 OTHER POST, POLE OR SUPPORT
38 CURB
39 CURB
40 DITCH
41 EMBANKMENT
42 FENCE
43 MAILBOX
44 TREE
45 OTHER FIXED OBJECT
46 WORK ZONE MAINTENANCE EQUIPMENT
47 UNKNOWN FIXED OBJECT
48 OTHER
49 UNKNOWN

**POSTED SPEED**
| | A

**TRAFFIC CONTROL**
| | A

01 NO CONTROLS
02 STOP SIGN
03 YIELD SIGN
04 TRAFFIC SIGNAL
05 TRAFFIC FLASHERS
06 SCHOOL ZONE
07 RAILROAD CROSSBUCKS
08 RAILROAD FLASHERS
09 RAILROAD GATES
10 CONSTRUCTION BARRICADE
11 POLICE OFFICER
12 PAVEMENT MARKINGS
13 CROSSWALK LINES
14 WALK/DON'T WALK SIGNAL
15 TRAFFIC CONTROL DEVICE INOPERATIVE, MISSING, OBSCURED

**DIRECTION**
From `9` `9` To | From To

1 NORTH
2 SOUTH
3 EAST
4 WEST
5 NORTHEAST
6 NORTHWEST
7 SOUTHEAST
8 SOUTHWEST
9 UNKNOWN

**CONDITION**
`1`

1 APPARENTLY NORMAL
2 PHYSICAL IMPAIRMENT
3 EMOTIONAL
4 ILLNESS
5 FELL ASLEEP, FAINTED, FATIGUED, ETC
6 UNDER THE INFLUENCE OF MEDICATIONS/DRUGS/ALCOHOL
7 OTHER
8 UNKNOWN

**ALCOHOL/DRUGS SUSPECTED**

1 NONE
2 YES - ALCOHOL SUSPECTED
3 YES - HBD NOT IMPAIRED
4 YES - DRUGS SUSPECTED
5 YES - ALCOHOL/DRUGS SUSPECTED
9 UNKNOWN

**DRUG TEST STATUS**
| A | B

1 NONE
2 TEST REFUSED
3 TEST GIVEN, CONTAMINATED SAMPLE/UNUSABLE
4 TEST GIVEN, RESULTS KNOWN
5 TEST GIVEN, RESULTS UNKNOWN
6 UNKNOWN

**DRUG TEST TYPE**
| A | B

1 NONE
2 BLOOD
3 URINE
4 OTHER

**DRUG TEST 1&2 RESULT**
| A | | B

1 NONE
2 MARIJUANA
3 COCAINE
4 OPIATES
5 AMPHETAMINES
6 PCP
7 OTHER
8 UNKNOWN AT TIME OF REPORTING

**TYPE OF INTERSECTION**
`0` `1`

01 NOT AN INTERSECTION
02 FOUR-WAY INTERSECTION
03 T-INTERSECTION
04 Y-INTERSECTION
05 TRAFFIC CIRCLE/ROUNDABOUT
06 FIVE POINT, OR MORE
07 ON RAMP
08 OFF RAMP
09 CROSSOVER
10 DRIVEWAY/ALLEY
11 RAILWAY GRADE CROSSING
12 SHARED-USE PATHS OR TRAILS
13 UNKNOWN

**OCCURRENCE**
`6`

1 ON ROADWAY
2 ON SHOULDER
3 IN MEDIAN
4 ON ROADSIDE
5 ON GORE
6 OUTSIDE TRAFFICWAY
9 UNKNOWN

**ROAD CONTOUR**
`2`

1 STRAIGHT LEVEL
2 STRAIGHT GRADE
3 STRAIGHT HILLCREST
4 CURVE LEVEL
5 CURVE GRADE

**ROAD CONDITIONS**
PRIMARY    SECONDARY
`0` `1` |

01 DRY
02 WET
03 SNOW
04 ICE
05 SAND, MUD, DIRT, OIL, GRAVEL
06 WATER(STANDING, MOVING)
07 SLUSH
08 DEBRIS
09 RUT, HOLES, BUMPS, UNEVEN PAVEMENT**
10 OTHER
11 UNKNOWN

** SECONDARY ROAD CONDITIONS ONLY

**NON-MOTORIST LOCATION**
`0` `6` | A

01 MARKED CROSSWALK AT INTERSECTION
02 INTERSECTION NO CROSSWALK
03 NON-INTERSECTION CROSSWALK
04 DRIVEWAY ACCESS CROSSWALK
05 IN ROADWAY
06 NOT IN ROADWAY
07 MEDIAN (BUT NOT SHOULDER)
08 ISLAND
09 SHOULDER
10 SIDEWALK
11 WITHIN 10 FEET OF ROADWAY (NOT SHOULDER, MEDIAN, SIDEWALK, ISLAND)
12 BEYOND 10 FEET OF ROADWAY (WITHIN TRAFFICWAY)
13 OUTSIDE TRAFFICWAY
14 SHARED USE PATHS OR TRAILS
15 UNKNOWN

**TYPE OF UNIT**
| A | B

**MOTORIST**
01 SUB-COMPACT
02 COMPACT
03 MID SIZE
04 FULL SIZE
05 VAN
06 SPORT UTILITY VEHICLE
07 PICKUP
08 PANEL/VAN
09 SINGLE UNIT TRUCK; 2 AXLES, 6 TIRES
10 SINGLE UNIT TRUCK; 3+ AXLES,
11 TRUCK/TRAILER
12 TRUCK TRACTOR (BOBTAIL)
13 TRACTOR/SEMI-TRAILER
14 TRACTOR/DOUBLE SHORT
15 TRACTOR/DOUBLE LONG
16 FIFTH WHEEL OR CONVERTER DOLLY
17 TRACTOR/TRIPLES
18 MOTORCYCLE
19 MOTORIZED BICYCLE
20 SCHOOL BUS
21 CHURCH BUS
22 PUBLIC BUS
23 OTHER BUS
24 POLICE VEHICLE
25 FIRE TRUCK
26 AMBULANCE/RESCUE
27 TAXI
28 MOTOR HOME
29 TRAIN
30 FARM VEHICLE
31 FARM EQUIPMENT
32 SNOWMOBILE
33 CONSTRUCTION EQUIPMENT
34 ALL OTHERS

**NON-MOTORIST**
35 ANIMAL W/RIDER
36 ANIMAL W/BUGGY
37 BICYCLE
38 PEDESTRIAN
39 PEDALCYCLIST
40 SKATER
41 OTHER NON-MOTORIST
42 UNKNOWN

**MOST DAMAGED AREA**
| A | | B

**POINT OF IMPACT**
| A | B

01 NONE
02 CENTER FRONT
03 RIGHT FRONT
04 RIGHT SIDE
05 RIGHT REAR
06 REAR CENTER
07 LEFT REAR
08 LEFT SIDE
09 LEFT FRONT
10 TOP AND WINDOWS
11 UNDERCARRIAGE
12 TRAILER
13 TOTAL (ALL AREAS)
14 OTHER
15 UNKNOWN

**CONTRIBUTING CIRCUMSTANCES**
`2` `3` | A B

**MOTORIST**
01 NONE
02 FAILURE TO YIELD
03 RAN RED LIGHT, OR STOP SIGN
04 EXCEEDED SPEED LIMIT
05 UNSAFE SPEED
06 IMPROPER TURN
07 LEFT OF CENTER
08 FOLLOWED TOO CLOSELY/ACDA
09 IMPROPER LANE CHANGE/ DROVE OFF ROAD
10 IMPROPER PASSING
11 IMPROPER BACKING
12 IMPROPER START FROM PARKED POSITION
13 STOPPED OR PARKED ILLEGALLY
14 OPERATING VEHICLE IN ERRATIC, RECKLESS, CARELESS, NEGLIGENT OR AGGRESSIVE MANNER
15 SWERVING TO AVOID(DUE TO WIND, SLIPPERY SURFACE, VEHICLE, OBJECT, NON-MOTORIST IN ROADWAY, ETC)
16 FAILURE TO CONTROL
17 VISION OBSTRUCTION
18 OPERATING DEFECTIVE EQUIPMENT
19 DRIVER INATTENTION
20 LOAD SHIFTING/FALLING/SPILLING
21 FATIGUED/ASLEEP
22 OTHER IMPROPER ACTION

**NON-MOTORIST**
23 NONE
24 IMPROPER CROSSING
25 DARTING
26 LYING AND/OR ILLEGALLY IN ROADWAY
27 FAILURE TO YIELD RIGHT OF WAY
28 NOT VISIBLE (DARK CLOTHING)
29 INATTENTIVE
30 FAILURE TO OBEY TRAFFIC SIGNS, SIGNALS, OR OFFICER
31 WRONG SIDE OF THE ROAD
32 OTHER
33 UNKNOWN

**ACTION**
| A | B

1 NON-CONTACT
2 NON-COLLISION
3 STRIKING
4 STRUCK
5 BOTH STRIKING AND STRUCK
6 UNKNOWN

**FIRST HARMFUL EVENT**
| A | B

OF THE SEQUENCE OF EVENTS - WHICH ONE IS THE FIRST HARMFUL EVENT (1-4)

**MOST HARMFUL EVENT**
| A | B

OF THE SEQUENCE OF EVENTS - WHICH ONE IS THE MOST HARMFUL EVENT (1-4)

**SPEED DETECTED**

1 STATED
2 ESTIMATED SPEED

**SPEED**

**ALCOHOL TEST STATUS**
| A | B

1 NONE
2 TEST REFUSED
3 TEST GIVEN, CONTAMINATED SAMPLE/UNUSABLE
4 TEST GIVEN, RESULTS KNOWN
5 TEST GIVEN, RESULTS UNKNOWN

**ALCOHOL TEST TYPE**
| A | B

1 NONE    4 BREATH
2 BLOOD    5 OTHER
3 URINE

**ALCOHOL TEST RESULT**
| A | B

**IN EMERGENCY RESPONSE**
| A | B

1 NO
2 YES
3 UNKNOWN

**DAMAGE SCALE**
| A | B

1 NONE
2 NON-FUNCTIONAL DAMAGE
3 FUNCTIONAL DAMAGE
4 DISABLING DAMAGE
5 SEVERE
6 UNKNOWN

**STRIKING VEHICLE OVERRIDE / UNDERRIDE**
| A | B

1 NO UNDERRIDE OR OVERRIDE
2 UNDERRIDE, COMPARTMENT INTRUSION
3 UNDERRIDE, NO COMPARTMENT INTRUSION
4 UNDERRIDE, COMPARTMENT INTRUSION UNKNOWN
5 OVERRIDE, MOTOR VEHICLE IN TRANSPORT
6 OVERRIDE, OTHER VEHICLE
7 UNKNOWN

**VEHICLE DEFECT**
CODE ONLY IF '19' SELECTECED ABOVE
| A | B

01 TURN SIGNALS
02 HEAD LAMPS
03 TAIL LAMPS
04 BRAKES
05 STEERING
06 TIRE BLOWOUT
07 WORN OR SLICK TIRES
08 MOTOR TROUBLE
10 DISABLED FROM PRIOR CRASH
11 OTHER DEFECTS

SUPPLEMENTARY 'X' IF YES | `T` `0` `6` `-` `0` `4` `0` `2` `1`

LOCAL REPORT #

## Narrative

Pedestrian #2 had pulled up to the entrance of The Building to pick up her mother (ped #3). She had gone around and was assisting her mother in entering the vehicle. At that time the vehicle began to roll backwards knocking Ped #3 to the ground. Ped #2 was dragged by the vehicle approx 80ft before being coming free from the vehicle. The vehicle then went over an embankment and came to rest.

### MANNER OF COLLISION OR IMPACT

`1`

1 NOT COLLISION BETWEEN
  TWO VEHICLES IN TRANSPORT
2 REAR-END
3 HEAD-ON
4 REAR-TO-REAR
5 BACKING
6 ANGLE
7 SIDESWIPE, SAME DIRECTION
8 SIDESWIPE, OPPOSITE DIRECTION
9 UNKNOWN

### WEATHER

`0` `1`

01 CLEAR
02 CLOUDY
03 FOG, SMOG, SMOKE
04 RAIN
05 SLEET, HAIL (FREEZING RAIN DRIZZLE)
06 SNOW
07 SEVERE CROSSWINDS
08 BLOWING SAND, SOIL, DIRT, SNOW
09 OTHER
10 UNKNOWN

### LIGHT CONDITIONS

PRIMARY ☐    SECONDARY ☐

1 DAYLIGHT
2 DAWN
3 DUSK
4 DARK - LIGHTED
5 DARK - NOT LIGHTED
6 DARK - UNKNOWN LIGHTING
7 GLARE
8 OTHER
9 UNKNOWN

### SCHOOL BUS RELATED

`1`

1 NO
2 YES, DIRECTLY INVOLVED
3 YES, INDIRECTLY INVOLVED
4 UNKNOWN

### WORK ZONE RELATED

`1`

1 NO
2 YES
3 UNKNOWN

### TYPE OF WORK ZONE

☐

1 LANE CLOSURE
2 LANE SHIFT/CROSSOVER
3 WORK ON SHOULDER OR MEDIAN
4 INTERMITTENT/MOVING WORK
5 OTHER

### LOCATION OF CRASH IN WORK ZONE

☐

1 BEFORE FIRST WORK ZONE
  WARNING SIGN
2 ADVANCE WARNING AREA
3 TRANSITION AREA
4 ACTIVITY AREA

### WORKERS PRESENT

☐

1 NO
2 YES
3 UNKNOWN

### Diagram

NOT TO SCALE

INDICATE NORTH WITH ARROW

## Truck/Bus

THE CRASH INVOLVED ONE OR MORE OF THE FOLLOWING:
A TRUCK (MOTOR VEHICLE) WITH A GVWR MORE THAN 10,000 POUNDS; OR
A TRUCK (MOTOR VEHICLE) WITH A HAZARD MATERIALS PLACARD; OR
A BUS DESIGNED FOR AT LEAST 9 PERSONS, INCLUDING DRIVER.

THE CRASH RESULTED IN ONE OR MORE OF THE FOLLOWING:
A FATALITY; OR
AN INJURY REQUIRING TRANSPORTATION FOR IMMEDIATE MEDICAL TREATMENT; OR
AT LEAST ONE VEHICLE WAS TOWED DUE TO DISABLING DAMAGE OR REQUIRED INTERVENING ASSISTANCE BEFORE PROCEEDING UNDER ITS OWN POWER.

UNIT # ☐☐

COMPANY (FROM SHIPPING PAPERS)

COMPANY PHONE

ADDRESS (STREET, CITY, ST, ZIP CODE)

US DOT    ICC MC    FUCO    TRAILER LP ST.    TRAILER LP YEAR    TRAILER LP #    PLACARD #    # DIA.

### CARGO BODY TYPE

☐☐

01 NOT APPLICABLE
02 BUS (9-15 INCLUDING DRIVER)
03 VAN/ENCLOSED BOX
04 GRAIN/CHIPS/GRAVEL
05 POLE
06 CARGO TANK
07 FLATBED
08 DUMP
09 CONCRETE MIXER
10 AUTO TRANSPORTER
11 GARBAGE/REFUSE
12 OTHER
13 UNKNOWN

WEIGHT (GVWR)
1 LESS/EQUAL 10,000
2 10,001 - 26,000
3 MORE THAN 26,000

CDL CLASS
1 CLASS A
2 CLASS B
3 CLASS C
4 CLASS M
5 CLASS D

HAZARDOUS MATERIAL PLACARD
1 NO
2 YES
3 UNKNOWN

HAZARDOUS MATERIAL RELEASED
1 NO
2 YES
3 NOT APPLICABLE
4 UNKNOWN

## Police Action

| DATE CRASH REPORTED | TIME REC CALL | DISPATCH | ARRIVED | CLEARED | OTHER | TOTAL MINUTES |
|---|---|---|---|---|---|---|
| 0 6 1 0 2 0 0 6 | 1 6 4 2 | 1 6 4 4 | 1 6 4 9 | | | 6 5 4 3 |

| OFFICER'S NAME | BADGE # | CHECKED BY | DATE REPORT FILED |
|---|---|---|---|
| JACKSON, KERRY A | 1 1 1 6 | 1039 GIVENS, TIMOTHY A | 0 6 1 0 2 0 0 6 |

| REPORT TAKEN BY | | REPORT TAKEN AT | | SUPPLEMENT "X" = YES | LOCAL REPORT # |
|---|---|---|---|---|---|
| 1 | 1 POLICE AGENCY 2 MOTORIST | 1 | 1 SCENE 2 STATION 3 OTHER | ☐ | T 0 6 - 0 4 0 2 1 |

```
1. Pri: D5     2. Back: C14        |1. Pri:        2. Back:
                                   |
3. Nature: MD-CHECK FOR SUBJECT DOWN |3. Nature:
   Apt:            4. Priority: 3  |   Apt:           4. Priority:
5. Loc: 1275 E WATERLOO RD         |5. Loc:
   4     6. Grid: 423    1699 ARMORY RD |    6. Grid:
   4                     1448 KELLY AV  |
7. Notes:  current location: ACH (REJ) |7. Notes:
8. Lo2:                            |8. Lo2:
GENERAL INCIDENT - SEE PAGE 2      |
  Rpt BA                           |
 R 16:42   S 16:43   D 16:43  A 16:49 | R        S        D        A
 Date 06/10/06                     |
 9. Tag:             St:     Typ:  | 9. Tag:             St:    Typ:
10. DL#:                     St:   |10. DL#:                    St:
11. Descr:                         |11. Descr:
12. Notes:                         |12. Notes:
13. Report: 06-017737     14. Num: 2 |13. Report:              14. Num:
15. Code: 12A  16. Code:           |15. Code:      16. Code:
                                   |
   6106948     ENTER:         09:45 |        ENTER:        Active :
                              MAC  |                     Waiting:
 'RETURN'-exit, 'VR'-View Reports, 'N'-notes, 'P'-page 2,'UT'-Unit Times: __
```

Notes for MD-CHECK FOR SUBJECT DOWN at 1275 E WATERLOO RD

Backup officer: THOMAS, SCOTT WILLIAM +
Primary officer: JACKSON, KERRY A. +        HORNACEK, EDWARD M
Time closed: 18:19:41
Disposition 1: 12A ACCIDENT REPORT
F9 KEY USED                                                          16:42:48
Name: CAROUSEL DINNER THEATRE, Loc: 1275 E WATERLOO RD, OH A         16:42:50
AKRON PD AKRON FD AKRON FD-EMS                                       16:42:50
FEMALE DOWN IN THE PARKING (04JLU)                                   16:43:17
LOT UNK WHAT HAPPENED TO THEM (04JLU)                                16:43:21
THERE IS 2 PEOPLE DOWN IN THE PARKING LOT (04JLU)                    16:43:32
MAY HAVE BEEN HIT BY A CAR (04JLU)                                   16:43:40
FIRE INCIDENT NUMBER 615991                                          16:43:43
CALLER IS NOT WITH THE PERSON MAKE THAT PEOPLE (04JLU)               16:43:51
P.D. Response area is 4                                              16:43:55
* Changed Complainant from CAROUSEL DINNER THEATRE                   16:43:56
Assigned report number: 06-017737 (REJ)                             17:08:34
Unit D5 current location: ACH (REJ)                                  17:16:22


                    'RETURN' TO PROCEED, 'N' TO ADD NOTES: _

GENERAL INCIDENT                                    From JLU

```
1. Nature: MD-CHECK FOR SUBJECT DOWN      2. Bldg: CAROUSEL DINNER THEATER
3. Location: 1275 E WATERLOO RD                  4. Apt/Lot:
5. Grid: 423                              6. Compl name: KATIE
         1699 ARMORY RD                   7. Address:
         1448 KELLY AV                    8. Phone: 330-724-9855  8a. See ofc:
 9. When occur:                                           10. N/watch:
11. Respond to:
12. Persons ... :
13. Persons ... :
14. Vehicles/dir:                                    Tag:
15. Weapons ... :
16. Notes: FIRE INCIDENT NUMBER 615991
           CALLER IS NOT WITH THE PERSON MAKE THAT PEOPLE (04JLU)
           P.D. Response area is 4
           * Changed Complainant from CAROUSEL DINNER THEATRE
           Assigned report number: 06-017737 (REJ)
           Unit D5 current location: ACH (REJ)


        PRESS 'RETURN' KEY: _
```