**EXHIBIT B**

**EXHIBIT B**

# HOOVER & GIALLUCA LLC
## ATTORNEYS AT LAW

Dean S. Hoover
230 North Main Street
Hudson, Ohio 44236
P: 330-342-4910
F: 330-342-4911
Direct E-mail: dsh@hglegal.us

June 13, 2006

**VIA FACSIMILE 216-362-2962**
Budget Rent A Car System, Inc.
19601 Maplewood Avenue
Cleveland, Ohio 44135
Attn:  Jerrone Jimison
       Manager

**VIA FACSIMILE 973-496-3444**
Cendant Car Rental Group, Inc.
9 West 57th Street
New York, New York 10019
Attn:  Ms. Karen Sclafani
       Senior Vice President &
       General Counsel

**VIA FACSIMILE 407-850-4743**
Budget Rent A Car System, Inc.
Claims Department
P.O. Box 592188
Orlando, Florida 32859
Attn:  Claims Representative

Re:  Your Car:      Budget Mercury Marquis Ohio License DRJ3613
     Our Clients:   Al Farmer, Susan Farmer and Virginia Farley
     Date of Loss:  June 10, 2006

Dear Mr. Sir/Madam:

We are attorneys for the above-named clients.

Our clients, Susan Farmer and Virginia Farley, have sustained serious personal injuries as a result of a mechanical defect currently believed to exist in the transmission of the above Budget rental car rented from your Cleveland Hopkins Airport facility in Cleveland, Ohio.

The defect was reported to Budget personnel when the car was returned.

Please preserve the car in its present condition without making any repairs or other alterations so that expert representatives of all parties may inspect the car in its present condition.

HUDSON, OHIO  ·  ST. AUGUSTINE, FLORIDA

```
JUL-19-06  03:34PM  FROM-
Jun 19 2006 4:58PM   HP LASERJET FAX                           T-410  P.013/013  F-494
```

    Please provide written confirmation that you have received this request, you will preserve the car in its present condition, of the location of the car and inform us how we may obtain access to examine the car.

    Finally, please inform your insurance company of this claim.

    Thank you in advance for your cooperation in this matter.

                                        Very truly yours,

                                        Dean S. Hoover

DSH/dlm
CC: Clients