**EXHIBIT C**

VIN FSA Details

## VIN FSA Details
\* Confidential \*

| | |
|---|---|
| VIN: | 2MEFM75V46X631709 |
| FSA Status: | Launched |
| Brand: | MERCURY |
| Manufacturing Country: | USA |

### FSA Details

#### Vehicle Details

| | | | |
|---|---|---|---|
| Model Year: | 2006 | Assembly Plant: | ST. THOMAS PLANT BUILD |
| Vehicle Line: | GRAND MARQ (EN53/EN114) | Production Date: | 31-Jan-2006 |
| Body Style Description: | 4 DOOR SEDAN-4 LITE | Warranty Start Date: | 15-Feb-2006 |
| Vehicle Type Description: | CAR | Sale Date: | 15-Feb-2006 |
| VDM Vehicle Status: | 800 | Engine Tag Code: | 6S802AB |
| Emissions: | | | |

#### Vehicle Conditions

| Code | Vehicle Condition | Begin Date | End Date | Source |
|---|---|---|---|---|
| | | | | |

### Owner Details

#### Current Owner

| | | | |
|---|---|---|---|
| Business Name: | AVIS RENT-A-CAR SYSTEM, INC. 0000000856030 | | |
| Owner Name: | | | |
| Address 1: | ATT. ZONE MANAGER | | |
| Address 2: | P.O. BOX 81093 | | |
| Address 3: | | | |
| Address 4: | | | |
| City: | CLEVELAND | | |
| State/Province: | Ohio | Phone #: | |
| ZIP/Postal Code: | 44181 | E-Mail: | |
| Country: | UNITED STATES | | |
| Owner Effective Date: | 11-Apr-2007 | Vendor Applied Date: | 11-Apr-2007 |
| Vendor Match Code Description: | - | | |
| N&A Source: | FLEET | GCamp Applied Date: | 11-Apr-2007 |
| Mail Status: | Active | Mail Suppression Date: | |
| Fleet Code: | BU090 | Fleet Name: | CENDANT CAR RENTAL |
| Fleet Status: | Y | Fleet Mgmt Code: | 9999-CENDANT CAR RENTAL |
| Company Car: | NO | | |

#### Historical Owner

| | |
|---|---|
| Business Name: | AVIS RENT-A-CAR SYSTEM, INC. 000000856030 |
| Owner Name: | |
| Address 1: | ATT. ZONE MANAGER |