**EXHIBIT D**

```
| 10982                 DEALER      45D 712 | VIN 2MEFM75V46X631709
                                          SUGGESTED RETAIL PRICE      AMOUNT

           GRAND MARQUIS LS 4DR SDN        30065 00    27629 00
           SPECIAL DEALER ACCOUNT ADJUSTM                1182 00-
           SPECIAL FLEET ACCOUNT CREDIT                   533 00-
           2006 MODEL YEAR
        DV LIGHT TUNDRA CLEARCOAT
        3L MEDIUM LIGHT STONE LEATHER

           INCLUDED ON THIS VEHICLE
           .ORDER CODE 200A - LS PREMIUM
           .DUAL 8-WAY POWER FRONT SEATS
           .TRACTION CONTROL
           .AUTO ELECTRONIC TEMP CONTROL
           .POWER ADJUSTABLE PEDALS
           .POWER HEATED EXTERIOR MIRRORS
           .ELECTROCHOMIC RRVW MIRROR

           OPTIONAL EQUIPMENT
       99V 4.6L OHC SEFI V8 FLEX FUEL ENG    NC         NC
       44Q .ELECTRONIC AUTO O/D TRANS        NC         NC
       T33 .P225/60TR16 A/S WSW TIRES        NC         NC
           JOB #2 ORDER
       153 FRONT LICENSE PLATE BRACKET       NC         NC
       3   LEATHER TWIN COMFORT SEATS       995 00     866 00
                   TOTAL VEHICLE & OPTIONS 31060 00  26780 00
                   DESTINATION & DELIVERY    775 00    775 00
                   TOTAL BEFORE DISCOUNTS  31835 00  27555 00
                   LEATHER SEAT DISCOUNT     995 00-   866 00-
                   TOTAL SAVINGS             995 00-   866 00-
           SCHEDULE A (MEMO)       .00

                   TOTAL FOR VEHICLE       30840 00

           03 U.S. GAL FUEL CHARGE                       6 36
           DAYS IN SERVICE PROGRAM
           56Z - POTENTIALLY ELIGIBLE
           FOR REPURCHASE.
           NET INVOICE FLEET OPTION (B4A)                 7 00
           FLEET P.O. NUMBER 613653602
           BATCH-ID 6A13110249 N RC 2XX
           PRICE LEVEL           625030M75
           VIN: 2MEFM75V46X631709
           SHIPPING WEIGHT    4013 LBS.
```

THIS INVOICE MAY NOT REFLECT THE FINAL COST OF THE VEHICLE IN VIEW OF THE POSSIBILITY OF FUTURE REBATES, ALLOWANCES, DISCOUNTS AND INCENTIVE AWARDS FROM FORD MOTOR COMPANY TO THE DEALER.

| FDAF/LMDA ASSESSMENT | INVOICE TOTAL | LESS HOLDBACK FOR DEALER ACCOUNT | LESS APPROX. FINANCING COST FOR DEALER ACCOUNT | MEMO: INVOICE LESS HOLDBACK & FIN. COST | A & D PLAN |
|---|---|---|---|---|---|
| .00 | 26702.36 | .00 |  | 26702.36 | X PLAN |
| .00 | .00 | .00 | 7.00 | .00 | 25914.00 |

SOLD TO
Courtesy LM/Avis Rent-A-Car    45D712
6 Sylvan Way
Parsippany                     NJ 07054

T.O. 56  | 76 | STATE O NJ | CF3N

SHIP TO (IF OTHER THAN ABOVE)
88144
Avis RAC - Cleveland
18923 Maplewood
Cleveland              OH

DATE INV. PREPARED: 01 13 06    ITEM NUMBER 45-1528  TRIM 3L  TRANSIT 06
SHIP THROUGH

INVOICE & UNIT IDENTIFICATION NO. 2MEFM75V46X631709   FINAL ASSEMBLY POINT ST. THOMAS   FINAL COMPANY AND/OR BANK Ford Motor Credit   000001
6X631709 2M M75 20060113 060113 6A131 N 625 45D712 88-144    56    2702.36 KUI

THIS INVOICE TO BE USED FOR THE BILLING OF VEHICLES ONLY              DEALER'S COPY