**EXHIBIT E**



| CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS | Oct. 16, 2007 |

**MyMedia.Ford.com**

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

**Jump to**

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---

Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

Click on a region below to view facilities for that region



**Assembly Plants**

- **AutoAlliance International, Inc. (Joint Venture: Ford 50%; Mazda 50%)**

- **Chicago Assembly Plant**

- **Cuautitlan Assembly Plant**

- **Dearborn Truck Plant**

- **Hermosillo Stamping and Assembly**

- **Kansas City Assembly Plant**

- **Kentucky Truck Plant**

- **Louisville Assembly Plant**

- **Michigan Truck Plant**

- **Oakville Assembly Complex**

- **Ohio Assembly Plant**

- **St. Thomas Assembly**

- **Twin Cities Assembly Plant**

- **Wayne Stamping and Assembly Plant**

**Casting / Forging Aluminum Plants**

- Cleveland Casting Plant

- Dearborn Diversified Manufacturing Plant

- Essex Aluminum *(Joint Venture: 15% Ford; 85% Nemak)*

- Windsor Aluminum *(Joint Venture: 15% Ford; 85% Nemak)*

Engine Plants

- Chihuahua Engine

- Cleveland Engine Plant 2

- Dearborn Engine & Fuel Tank Plt.

- Essex Engine Plant

- Lima Engine Plant

- Romeo Engine Plant

- Windsor Engine Plant

Powertrain

- Rawsonville Plant

- Sterling Plant

Stamping Plants

- Buffalo Stamping Plant

- Chicago Stamping Plant

- Dearborn Stamping Plant

- Maumee Stamping Plant

- Walton Hills Stamping Plant

- Woodhaven Stamping Plant

Transmission Plants

- Batavia Transmission LLC

- Livonia Transmission Plant

- Sharonville Transmission Plant

- Van Dyke Transmission Plant

Output all plant guides to a PDF file:

**Create PDF** * *PDF format will create a printable version of this page* 
*For PDF format*

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.