**EXHIBIT F**



# media.ford.com

Search  | Power Search

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS          Oct. 16, 2007





Plant Type:
--- Select Plant Type ---

**Jump to**

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---
Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

## PLANT INFORMATION

**Plant Name:** Ohio Assembly Plant
**City:** Avon Lake
**State:** OH - Ohio
**Country:** USA

## EMPLOYMENT

**Current Total Employment:** 2,579
    Hourly: 2,441
    Salaried: 138

## PRODUCTION HISTORY

**Current Products:** Ford E-Series
**Year Opened:** 1974
**Site Size in Acres:** 419
**Plant Size in Square Feet:** 3,700,000
**Product History:** Econoline E-Series; Mercury Villager, Nissan Quest, Escape, and Mercury Mariner

---

# media.ford.com

Search 

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS



**MyMedia.Ford.com**

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

**Jump to**

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---

Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

## PLANT INFORMATION

| | |
|---|---|
| Plant Name: | Cleveland Casting Plant |
| City: | Brook Park |
| State: | OH - Ohio |
| Country: | USA |

## EMPLOYMENT

| | |
|---|---|
| Current Total Employment: | 1,218 |
| Hourly: | 1,100 |
| Salaried: | 118 |

## PRODUCTION HISTORY

| | |
|---|---|
| Current Products: | Cast iron components for engines |
| Year Opened: | 1952 |
| Site Size in Acres: | 155 |
| Plant Size in Square Feet: | 1,600,000 |
| Product History: | Updated Information Pending |

---

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.

http://media.ford.com/facilities/plant_display.cfm?plant_id=141　　　　　10/16/2007

# media.ford.com 

Search

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS



**MyMedia.Ford.com**

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

**Jump to**

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---

Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

## PLANT INFORMATION

| | |
|---|---|
| Plant Name: | Cleveland Engine Plant 2 |
| City: | Brook Park |
| State: | OH - Ohio |
| Country: | USA |

## EMPLOYMENT

| | |
|---|---|
| Current Total Employment: | 785 |
| Hourly: | 700 |
| Salaried: | 85 |

## PRODUCTION HISTORY

| | |
|---|---|
| Current Products: | 3.0L V/6 Engine |
| Year Opened: | 1955 |
| Site Size in Acres: | 365 |
| Plant Size in Square Feet: | 1,445,000 |
| Product History: | 292 CID V-8 Engine - 1955 |

---

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.

# media.ford.com



CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS



### MyMedia.Ford.com

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

### Jump to

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---
Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

**PLANT INFORMATION**

| | |
|---|---|
| Plant Name: | Walton Hills Stamping Plant |
| City: | Walton Hills |
| State: | OH - Ohio |
| Country: | USA |

**EMPLOYMENT**

| | |
|---|---|
| Current Total Employment: | 638 |
| Hourly: | 587 |
| Salaried: | 51 |

**PRODUCTION HISTORY**

| | |
|---|---|
| Current Products: | body side panels, Deck lids, Doors, Fenders, F |
| Year Opened: | 1954 |
| Site Size in Acres: | 111 |
| Plant Size in Square Feet: | 2,100,000 |
| Product History: | Body side panels and roofs |

---

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.