**EXHIBIT G**



media.ford.com

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS     Oct. 16, 2007

**MyMedia.Ford.com**
User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---



**Jump to**
News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---
Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

## PLANT INFORMATION

| | |
|---|---|
| Plant Name: | Lima Engine Plant |
| City: | Lima |
| State: | OH - Ohio |
| Country: | USA |

## EMPLOYMENT

| | |
|---|---|
| Current Total Employment: | 956 |
| Hourly: | 876 |
| Salaried: | 80 |

## PRODUCTION HISTORY

| | |
|---|---|
| Current Products: | Duratech 35 V6, Vulcan 3.0l V6 |
| Year Opened: | 1957 |
| Site Size in Acres: | 312 |
| Plant Size in Square Feet: | 2,424,360 |
| Product History: | Launched 1957 - Edsel V8. Various V8, I6, I4, V6 engines produced since. |

---

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.



# media.ford.com

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS



### MyMedia.ford.com

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

### Jump to

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---
Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

## PLANT INFORMATION

| | |
|---|---|
| Plant Name: | Maumee Stamping Plant |
| City: | Maumee |
| State: | OH - Ohio |
| Country: | USA |

## EMPLOYMENT

| | |
|---|---|
| Current Total Employment: | 413 |
| Hourly: | 374 |
| Salaried: | 39 |

## PRODUCTION HISTORY

| | |
|---|---|
| Current Products: | Body panels |
| Year Opened: | 1974 |
| Site Size in Acres: | 70 |
| Plant Size in Square Feet: | 803,000 |
| Product History: | Bumpers, Body Panels, Hot Stamped Wheel Well L Absorbers, and Air Deflectors |

---

# media.ford.com

Search 

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS



### MyMedia.Ford.com

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

### Jump to

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---
Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

## PLANT INFORMATION

| | |
|---|---|
| Plant Name: | Batavia Transmission LLC |
| City: | Batavia |
| State: | OH - Ohio |
| Country: | USA |

## EMPLOYMENT

| | |
|---|---|
| Current Total Employment: | 822 |
| Hourly: | 758 |
| Salaried: | 64 |

## PRODUCTION HISTORY

| | |
|---|---|
| Current Products: | CD4E Transaxles, CFT23 Transaxles, CFT30 |
| Year Opened: | 1981 |
| Site Size in Acres: | 254 |
| Plant Size in Square Feet: | 1,800,000 |
| Product History: | ATX, CD4E, CFT23, CFT30 |

---

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.

# media.ford.com



Search

CORPORATE HOME | NEWS | PRODUCTS | BIOS | FACILITIES | PHOTOS | VIDEOS | PR CONTACTS



### MyMedia.Ford.com

User ID

Password

Login
- Register
- Forget Your Password?
- Help/FAQ

Plant Type:
--- Select Plant Type ---

### Jump to

News Sections:
--- Select Section ---

Media Kits:
--- Select the Make First ---

Model:
--- Select the Model Here ---

Country Pages:
--- Select Country ---

### PLANT INFORMATION

| | |
|---|---|
| Plant Name: | Sharonville Transmission Plant |
| City: | Cincinnati |
| State: | OH - Ohio |
| Country: | USA |

### EMPLOYMENT

| | |
|---|---|
| Current Total Employment: | 1,483 |
| Hourly: | 1,343 |
| Salaried: | 140 |

### PRODUCTION HISTORY

| | |
|---|---|
| Current Products: | 5R110 Transmission, Converters, Gears |
| Year Opened: | 1958 |
| Site Size in Acres: | 182 |
| Plant Size in Square Feet: | 2,415,000 |
| Product History: | 2006 model year products: 5R110W transmission, F components, 4R75w torque converters |

---

Home | News | Bios | Facilities | Photos | Videos | Racing | Privacy Policy

Customer Relationship Center: 1.800.392.3673
© Ford Motor Company 1998-2007.