**EXHIBIT H**

1  H. Grant Law (SBN: 144505)
   hlaw@shb.com
2  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
3  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
4  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
5  San Francisco, California 94104-2828
   Telephone:  415.544.1900
6  Facsimile:   415.391.0281

7  Attorneys for Defendant
   FORD MOTOR COMPANY
8

ORIGINAL FILED
JUL - 9 2007
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  SUSAN FARMER, ARTHUR FARMER,                Case No. C07-03539
    ESTATE OF VIRGINIA M. FARLEY,
14  VIRGINIA M. FARLEY REVOCABLE                NOTICE OF REMOVAL OF ACTION
    TRUST,                                      BY DEFENDANT FORD MOTOR
15                                              COMPANY UNDER 28 U.S.C. §§ 1441,
                  Plaintiffs,                   1446 AND 1332 (DIVERSITY) AND
16                                              REQUEST FOR JURY TRIAL
          vs.
17
    FORD MOTOR COMPANY, BUDGET RENT             Complaint filed: June 7, 2007
18  A CAR SYSTEM, INC., and DOES 1-100,
    inclusive,
19
                  Defendants.
20

21

22       TO THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN

23  DISTRICT OF CALIFORNIA:

24       PLEASE TAKE NOTICE that Defendant FORD MOTOR COMPANY ("Removing

25  Defendant") hereby removes to this Court the action described below.

26       1.    On June 7, 2007, the Complaint was filed in Contra Costa County Superior Court,

27  in the action entitled *Susan Farmer, Arthur Farmer, Estate of Virginia M. Farley, Virginia M.*

28

                                        - 1 -                    NOTICE TO U.S.D.C.
                                                                 OF REMOVAL OF ACTION
125380v2                                                         CASE NO. _____

ADR
MEJ

1  *Farley Revocable Trust vs. Ford Motor Company, Budget Rent A Car System, Inc., and Does 1-100, inclusive*, Case No. C07-01240. A copy of the Complaint is attached as Exhibit A.

2. On June 12, 2007, Ford Motor Company was served with a copy of the Complaint and a summons from the state court. Defendant Budget Rent A Car System, Inc. ("Budget") was served with a copy of the Complaint and a summons from the state court on June 12, 2007.

3. Pursuant to 28 U.S.C. section 1446, subdivision (b), this Notice of Removal is timely filed within thirty (30) days of Defendant Ford Motor Company's receipt of notice of Plaintiffs' summons and Complaint.

4. This action may be removed to this Court pursuant to 28 U.S.C. section 1441(b) because this Court has original jurisdiction over this action pursuant to 28 U.S.C. section 1332(a). The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and Plaintiffs and Defendants are citizens of different states.

5. A defendant can establish the amount in controversy by the allegations in a Complaint. *Conrad Assocs. v. Hartford Accident & Indemn. Co.*, 994 F. Supp. 1196 (N.D. Cal. 1998), or by setting forth facts in the notice of removal that demonstrate that the amount in controversy exceeds $75,000. *Gaus v. Miles, Inc.*, 980 F.2d 564, 576 (9th Cir. 1992); *accord Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999). Plaintiffs seek general damages, emotional distress damages, medical and incidental expenses, other special damages, loss of consortium damages, and costs of suit. (Complaint, Prayer, pp. 16-17.) In addition, Plaintiffs seek punitive and exemplary damages (*see id.* at 16), which are included in the calculation of the amount in controversy. *See Bell v. Preferred Life Assurance Soc'y*, 320 U.S. 238, 240 (1943). The totality of these factors establishes that the amount in controversy meets the jurisdictional requirement.

6. Removing Defendant is informed and believes that Plaintiffs, Susan Farmer and Arthur L. Farmer are now, and were at the time of filing of the Complaint, citizens of California.

7. Removing Defendant is informed and believes that deceased, Virginia M. Farley was a resident of Ohio at the time of her death and executor of plaintiff, Estate of Virginia M.

1  Farley and Trustee for Plaintiff, Virginia M. Farley Revocable Trust, Gail F. Royster was and at the time of filing of the Complaint, a citizen of Ohio.

8. Removing Defendant is now, and was at the time of the filing of the Complaint, a Delaware corporation with its principal place of business in Dearborn, Michigan.

9. Removing Defendant is informed and believes that defendant Budget is a Delaware corporation with its principal place of business in Parsippany, New Jersey.

10. Removal requires the consent of all defendants. *Wis. Dep't of Corr. v. Schacht*, 524 U.S. 381, 393 (1998) (Kennedy, J., concurring); *see Chicago, R.I. & P.R. Co. v. Martin*, 178 U.S. 245, 248 (1900). All defendants in this action consent to removal. *See* Exhibit B, Budget's Joinder in Notice of Removal.

11. Removing Defendant reserves the right to amend or supplement this Notice of Removal.

12. A complete copy of all process, pleadings, and orders served upon Ford Motor Company in this action is attached as Exhibit C. *See* 28 U.S.C. § 1446(a).

13. No further proceedings involving Ford Motor Company have occurred in the Contra Costa County Superior Court in this action as of the date of the filing of this Notice of Removal.

14. Removing Defendant has answered the Complaint in state court.

15. This action was pending in Contra Costa County Superior Court, requiring an initial intradistrict assignment to the Oakland or San Francisco Divisions.

16. Pursuant to 28 U.S.C. section 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California, County of Contra Costa.

17. Pursuant to 28 U.S.C. section 1446(d), Removing Defendant is providing written notice of removal to Plaintiffs.

18. Removing Defendant requests a trial by jury on all issues so triable.

//
//

1  WHEREFORE, Defendant removes this action now pending against it in the Superior
2  Court of the State of California, County of Contra Costa, to this Honorable Court.

4  Dated: July 9, 2007                    Respectfully submitted,

                                          SHOOK, HARDY & BACON L.L.P.

                                          By: /s/ Mia Solvesson
                                              H. GRANT LAW
                                              AMIR NASSIHI
                                              MIA O. SOLVESSON

                                          Attorneys for Defendant
                                          FORD MOTOR COMPANY

125380v2                              - 4 -                    NOTICE TO U.S.D.C.
                                                               OF REMOVAL OF ACTION
                                                               CASE NO. _____