```
 1  Tammy B. Webb (SBN: 227593)
    tbwebb@shb.com
 2  H. Grant Law (SBN: 144505)
    hlaw@shb.com
 3  Amir Nassihi (SBN: 235936)
    anassihi@shb.com
 4  Mia Solvesson (SBN: 246291)
    msolvesson@shb.com
 5  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 6  San Francisco, California  94104-2828
    Telephone:     415.544.1900
 7  Facsimile:     415.391.0281
    Attorneys for Defendant FORD MOTOR COMPANY
 8
    Douglas A. Sears (SBN: 48646)
 9  dsears@mathenysears.com
    Joel A. Eisenberg (SBN: 245453)
10  jeisenberg@mathenysears.com
    MATHENY SEARS LINKERT & JAIME LLP
11  3638 American River Drive
    Post Office Box 13711
12  Sacramento, California  95853-4711
    Telephone:     916.978.3434
13  Facsimile:     916.978.3430
    Attorneys for Defendant BUDGET RENT A CAR
14  SYSTEM, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**DECLARATION OF DAVE KACHLER IN SUPPORT OF DEFENDANTS FORD MOTOR COMPANY AND BUDGET RENT A CAR SYSTEM, INC.'S MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. §1404(a)**<br><br>Date:        November 30, 2007<br>Time:        9:00 a.m.<br>Judge:       Susan Illston<br>Courtroom:   10<br><br>Filed Concurrently Herewith: Defendants' MPA ISO Motion for Transfer of Venue; Declaration of Amir Nassihi ISO Motion; Declaration of Joel Eisenberg ISO Motion; Appendix of Authorities ISO Motion; and [Proposed] Order<br><br>Complaint filed: June 7, 2007 |

DECLARATION OF DAVE KACHLER ISO MOTION FOR TRANSFER VENUE
CASE NO. C 07-03539 SI

131220v1

I, DAVE KACHLER, declare:

1. I am the Maintenance & Damages Manager for Budget Rent A Car System, Inc., in Cleveland, Ohio. I make this declaration in support of Defendants' Motion for Transfer of Venue Pursuant to Section 1404(a). The matters stated herein are true to my own personal knowledge, unless otherwise noted.

2. Attached as **Exhibit A** to this declaration are true and correct copies of all service records for the subject Mercury Grand Marquis.

3. The subject automobile was maintained only in the Cleveland area by employees located in Cleveland.

4. The subject Mercury Grand Marquis was only rented in Ohio. While it was in the Budget fleet, the vehicle was rented from, and returned to, the Cleveland Hopkins International Airport, the Akron, Ohio, and the Medina, Ohio rental locations.

5. Attached as **Exhibit B** to this declaration are all the rental records of the subject vehicle identifiable to date.

6. The subject vehicle is currently being stored in Cleveland, Ohio.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own personal knowledge, and if called as a witness, I could and would competently testify thereto under oath.

Executed this 18th day of October, 2007 at Cleveland, Ohio.

                                  */s/Dave Kachler*
                                  Dave Kachler