**EXHIBIT A**

```
FUNCTION............. ?H

VEHID...................... ?8560300

NO CUSTOMER IS ASSIGNED TO THIS VEHICLE


VEHID 5V46X831709                    SERIAL NO.   2MEFM75V46X831709
                           (OWNER)   CUSTOMER
                                     DELV. DATE
                                     IN SERVICE   06FEB06
HOME PHONE N/A                       WAR.EXP.DATE KEY 0809X/0809X STKR 85803
00
BUS. PHONE N/A        EXT.           LICENSE NO.  OHDRJ3613
CELL PHONE N/A                       UNIT    N/A
PAGER      N/A        CODE           SA
E-MAIL
06 MERCURY MERC GRANDMARQUIS 4DR/6PSGR
Command? (Enter, *, N, VEH, CUST, ?) ....?
```

```
*--- 1 of 2 - Dealer ----------------------------------------------------*
RO No: 65135      Opened: 27JUN06   Closed: 29JUN06   Mileage: 10800
Line Code: A   Booker: 3673           Comeback: N
Complaint: PMSCRT PM REPLACE OIL & FILTER, SERVICE CHECK, AND ROTATE TIRES
Cause:
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION...........................
5518  5518  I    PMSCRT            PM REPLACE OIL & FILTER, SERVICE CHECK,
                                   AND ROTATE TIRES
                              PTS$    0.00 LBR$     9.40 MSC$    0.00
*--- 2 of 2 - Dealer ----------------------------------------------------*
RO No: 63046      Opened: 24APR06   Closed: 10MAY06   Mileage: 6248
Line Code: A   Booker: 3673           Comeback: N
Complaint: PMSCRT PM REPLACE OIL & FILTER, SERVICE CHECK, AND ROTATE TIRES
Cause:
SA... TECH. TYPE. OPCODE....... CB-RO.. DESCRIPTION...........................
5518  5518  I    PMSCRT            PM REPLACE OIL & FILTER, SERVICE CHECK,
                                   AND ROTATE TIRES
                              PTS$    0.00 LBR$     9.40 MSC$    0.00


Press B, S#, EST#, ?, or E to Exit:
```