**EXHIBIT B**

```
U745643054                    BUDGET FINAL AUDIT BILLING


  APO CLEVELAND,OH                    CLE
    06JUN06/12:43 AT: APO CLEVELAND,OH

    07JUN06/11:59 AT: APO CLEVELAND,OH

    07JUN06/13:11 AT: APO CLEVELAND,OH      OH DRJ3613
    GRP G    CAR TYPE  GRN MERC GRMA 4
    OUT MILES  9525      IN MILES  9654    MILES DRIVEN   129

  DIERKER,RICHARD
  BUS TRAV CONCEPTS                      CREDIT ID CA373277039782001
  6609 OVERLOOK COURT                    EXP DATE 06/08
  PLANO            TX 75024              BCD
                                         RESERVATION NUMBER 34470823US2
                                         RATE UQ
                                         MVA 8560300
                                         METHOD OF PAYMENT CLUB



  NET TIME AND MILEAGE                                        37.50 *

  SURCHARGE                                                   10.20
  VEHICLE LICENSE FEE                                          0.13 *
  AIRPORT CONCESSION FEE        11.11%                         4.17 *
  SALES TAX @       7.50%   ON        41.80                    3.14

  TOTAL CHARGES                                USD            55.14

  SWIPE PRESENT




  DIERKER,RICHARD
  DRIVERS LIC: 15191842
  BCN NUM      :


                              TAXABLE ITEMS *
  TOTAL AMOUNT DUE
                                         USD       55.14
```

U745637874                          BUDGET FINAL AUDIT BILLING

APO CLEVELAND,OH                         CLE
  02JUN06/23:47 AT: APO CLEVELAND,OH

  06JUN06/07:21 AT: APO CLEVELAND,OH

  06JUN06/07:30 AT: APO CLEVELAND,OH      OH DRJ3613
  GRP G    CAR TYPE  GRN MERC GRMA 4
  OUT MILES  9167    IN MILES  9524   MILES DRIVEN   357


BONUTTI,ELIZABETH                        CREDIT ID CX4755830000315522
1504 MOSSWOOD                            EXP DATE 03/08
WOODSTOCK          GA 30189              BCD Y1265001
                                         RESERVATION NUMBER 34551116US5
                                         RATE L1
                                         MVA 8560300
                                         METHOD OF PAYMENT CLUB


4   DAYS    GP C CAR @    22.99  PER DAY
GROSS TIME AND MILEAGE                                        91.96
                                                             91.96

DISCOUNT      5.00%
NET TIME AND MILEAGE                                          4.60-
                                                            87.36 *

SURCHARGE
VEHICLE LICENSE FEE                                         10.20
AIRPORT CONCESSION FEE      11.11%                           0.52 *
SALES TAX @      7.50%  ON        97.59                      9.71 *
                                                            7.32

TOTAL CHARGES
                                             USD          115.11

SWIPE PRESENT


BONUTTI,ELIZABETH
DRIVERS LIC: 038488313
BCN NUM     :


                               TAXABLE ITEMS *

TOTAL AMOUNT DUE
                                         USD       115.11

```
U745636161                    BUDGET FINAL AUDIT BILLING


APO CLEVELAND,OH                        CLE
   02JUN06/09:58 AT: APO CLEVELAND,OH

   02JUN06/18:02 AT: APO CLEVELAND,OH

   02JUN06/17:00 AT: APO CLEVELAND,OH        OH DRJ3613
   GRP G   CAR TYPE  GRN MERC GRMA 4
   OUT MILES 8912      IN MILES 9166    MILES DRIVEN    254



ROHKAR,CARL                              CREDIT ID CX4559545000656208
2511 WESTERN HILLS DR                    EXP DATE 08/06
NASHVILLE            TN 37214            BCD
                                         RESERVATION NUMBER 34403137US6
                                         RATE L1
                                         MVA 8560300
                                         METHOD OF PAYMENT CLUB




NET TIME AND MILEAGE                                       22.99 *

SURCHARGE                                                 10.20
VEHICLE LICENSE FEE                                        0.13 *
AIRPORT CONCESSION FEE        11.11%                        2.55 *
SALES TAX @         7.50%   ON        25.67                 1.93

TOTAL CHARGES                                    USD      37.80

SWIPE PRESENT






ROHKAR,CARL
DRIVERS LIC: 099382864
BCN NUM        :


                                    TAXABLE ITEMS *
TOTAL AMOUNT DUE
                                            USD      37.80
```

```
U745632053                    BUDGET FINAL AUDIT BILLING


APO CLEVELAND,OH                        CLE
   31MAY06/00:50 AT: APO CLEVELAND,OH

   02JUN06/07:39 AT: APO CLEVELAND,OH

   02JUN06/09:00 AT: APO CLEVELAND,OH        OH DRJ3613
   GRP G    CAR TYPE  GRN MERC GRMA 4
   OUT MILES  8684       IN MILES  8912    MILES DRIVEN   228


PICKETT,MARTHA                          CREDIT ID CX4755708654488078
3120 CO RD 103                          EXP DATE 01/09
CARBONDAL          CO 81623             BCD U0801000
                                        RESERVATION NUMBER 34240383US2
                                        RATE M
                                        MVA 8560300
                                        METHOD OF PAYMENT CLUB



3    DAYS    GP C CAR @     22.99  PER DAY              68.97
NET TIME AND MILEAGE                                    68.97 *

SURCHARGE                                               10.20
VEHICLE LICENSE FEE                                      0.39 *
AIRPORT CONCESSION FEE        11.11%                     7.66 *
SALES TAX @      7.50%  ON        77.02                  5.78

TOTAL CHARGES                                 USD       93.00




PICKETT,MARTHA
DRIVERS LIC: 942971182
BCN NUM     :

                              TAXABLE ITEMS *

TOTAL AMOUNT DUE                              USD       93.00
```

```
U745556405                    BUDGET FINAL AUDIT BILLING


APO CLEVELAND,OH                        CLE
    13APR06/05:28 AT: APO CLEVELAND,OH

    24APR06/06:57 AT: APO CLEVELAND,OH

    24APR06/18:00 AT: APO CLEVELAND,OH      OH DRJ3613
    GRP G    CAR TYPE  GRN MERC GRMA 4
    OUT MILES  3683      IN MILES  6242    MILES DRIVEN  2559


HAUSKNECHT,MICHAEL                  CREDIT ID CX4266880136789902
3689 W 138TH ST                     EXP DATE 07/07
CLEVELAND        OH 44111           BCD X4430024
                                    RESERVATION NUMBER
                                    RATE L9
                                    MVA 8560300
                                    METHOD OF PAYMENT CLUB




1  HOURS   GP C CAR @    11.84  PER HOUR
4  DAYS    GP C CAR @    23.67  PER DAY                  11.84
1  WEEKS   GP C CAR @   141.99  PER WEEK                 94.68
NET TIME AND MILEAGE                                    141.99
                                                        248.51 *
REFUELING CHARGE
SURCHARGE                                                44.82
VEHICLE LICENSE FEE                                      10.20
AIRPORT CONCESSION FEE      11.11%                         1.56 *
SALES TAX @      7.50%   ON      277.68                  27.61 *
                                                         20.83
TOTAL CHARGES
                                            USD        353.53
SWIPE PRESENT




HAUSKNECHT,MICHAEL
DRIVERS LIC: RF655423
BCN NUM     :


                              TAXABLE ITEMS *
TOTAL AMOUNT DUE
                                          USD      353.53
```

```
U722522183                    BUDGET FINAL AUDIT BILLING


DTN AKRON,OH                        CE1
   26FEB06/13:04 AT: DTN AKRON,OH

   28FEB06/08:23 AT: DTN AKRON,OH

   01MAR06/13:00 AT: DTN AKRON,OH        OH DRJ3613
   GRP G   CAR TYPE  GRN MERC GRMA 4
   OUT MILES 1816      IN MILES 1906   MILES DRIVEN    90


HOSMER,MELISSA                      CREDIT ID CM5142920001147005
9995 MENNONITE                      EXP DATE 09/07
RITTMAN          OH 44270           BCD W8101000
                                    RESERVATION NUMBER 29567498US2
                                    RATE EJ
                                    MVA 8560300
                                    METHOD OF PAYMENT CLUB



GROSS TIME AND MILEAGE                                  50.98

DISCOUNT       15.00%                                    7.65-
NET TIME AND MILEAGE                                    43.33 *

VEHICLE LICENSE FEE                                      0.26 *
SALES TAX @      6.25%   ON        43.59                 2.72

TOTAL CHARGES                                   USD     46.31

SWIPE PRESENT




HOSMER,MELISSA
DRIVERS LIC: RF800691
BCN NUM      :


                                 TAXABLE ITEMS *
TOTAL AMOUNT DUE
                                          USD     46.31
```

U722521472                    BUDGET FINAL AUDIT BILLING

DTN AKRON,OH                       CE1
   21FEB06/10:22 AT: DTN AKRON,OH

   25FEB06/10:38 AT: DTN AKRON,OH

   25FEB06/10:15 AT: DTN AKRON,OH        OH DRJ3613
   GRP G    CAR TYPE  GRN MERC GRMA 4
   OUT MILES 1295       IN MILES  1816    MILES DRIVEN    521


   GUIDO,DEAN                              CREDIT ID CX4486020000106495
   1457 WATERS EDGE DR                     EXP DATE 06/06
   AKRON          OH 44313                 BCD W8101000
                                           RESERVATION NUMBER 29314013US1
                                           RATE AQ
                                           MVA 8560300
                                           METHOD OF PAYMENT CASH


   4   DAYS   GP E CAR @    38.99  PER DAY               155.96
   GROSS TIME AND MILEAGE                                155.96

   DISCOUNT    12.00%                                    18.72-
   NET TIME AND MILEAGE                                 137.24 *

   VEHICLE LICENSE FEE                                    0.52 *
   SALES TAX @    6.25%   ON    137.76                    8.61

   TOTAL CHARGES                          USD           146.37

   SWIPE PRESENT




   GUIDO,DEAN
   DRIVERS LIC: RH147664
   BCN NUM   : HN049F

                                      TAXABLE ITEMS *

   TOTAL AMOUNT DUE                       USD    146.37

```
U745498316                    BUDGET FINAL AUDIT BILLING


DTN AKRON,OH                        CLE
   18FEB06/14:56 AT: APO CLEVELAND,OH

   20FEB06/16:01 AT: DTN AKRON,OH

   20FEB06/15:00 AT: DTN AKRON,OH        OH DRJ3613
   GRP G   CAR TYPE  GRN MERC GRMA 4
   OUT MILES   704      IN MILES  1295    MILES DRIVEN   591



LEE,GEORGE                        CREDIT ID CX4432646000883439
185 MILES AVE                     EXP DATE 02/08
AKRON          OH 44306           BCD
                                  RESERVATION NUMBER 29206375US2
                                  RATE EI
                                  MVA 8560300
                                  METHOD OF PAYMENT CLUB




1   HOURS   GP E CAR @      6.67  PER HOUR              6.67
2   DAYS    GP E CAR @     19.99  PER DAY              39.98
NET TIME AND MILEAGE                                  46.65 *

SURCHARGE                                             10.20
VEHICLE LICENSE FEE                                    0.39 *
AIRPORT CONCESSION FEE           11.11%                5.18 *
SALES TAX @       7.50%   ON        52.22              3.92

TOTAL CHARGES                                    USD  66.34

SWIPE PRESENT




LEE,GEORGE
DRIVERS LIC: RS941942
BCN NUM     :


                                 TAXABLE ITEMS *

TOTAL AMOUNT DUE
                                                USD    66.34
```

```
U745492506                    BUDGET FINAL AUDIT BILLING


APO CLEVELAND,OH                        CLE
  13FEB06/16:01 AT: APO CLEVELAND,OH

  18FEB06/06:35 AT: APO CLEVELAND,OH

  18FEB06/06:00 AT: APO CLEVELAND,OH      OH DRJ3613
  GRP G    CAR TYPE  GRN MERC GRMA 4
  OUT MILES  245     IN MILES  703    MILES DRIVEN  458


LOCKHART JR,BENJAMIN              CREDIT ID CX4828550399763040
518 WHITLOCK AVE SW              EXP DATE 06/08
MARIETTA          GA 30064       BCD U0041000
                                 RESERVATION NUMBER 28886996US5
                                 RATE CP
                                 MVA 8560300
                                 METHOD OF PAYMENT CLUB




5   DAYS    GP D CAR @     73.00  PER DAY              365.00
GROSS TIME AND MILEAGE                                 365.00

DISCOUNT     47.54%                                    161.64-
RENTAL AGENT ADJUSTMENT AMOUNT                          15.00-
NET TIME AND MILEAGE                                   188.36 *

SURCHARGE                                               10.20
VEHICLE LICENSE FEE                                      0.65 *
AIRPORT CONCESSION FEE       11.11%                     20.93 *
SALES TAX @      7.50%  ON      209.94                  15.75

TOTAL CHARGES                              USD          235.89

SWIPE PRESENT




LOCKHART JR,BENJAMIN
DRIVERS LIC: 253562485
BCN NUM    :

                              TAXABLE ITEMS *

TOTAL AMOUNT DUE                           USD          235.89
```

U745489150                    BUDGET FINAL AUDIT BILLING


APO CLEVELAND,OH              CLE
   09FEB06/16:57 ´/AT:APO CLEVELAND,OH

   10FEB06/13:17 AT: APO CLEVELAND,OH

   10FEB06/15:00 ´/AT:APO CLEVELAND,OH   OH DRJ3613
   GRP G   CAR TYPE  GRN MERC GRMA 4
   OUT MILES  196   IN MILES  244  MILES DRIVEN   48


BRODY,DANIEL                      CREDIT ID CA373394203101007
STEELMAN SOFTWARE                 EXP DATE 10/09
20 LAWNHURST BLVD                 BCD X7734000
TORONTO          ON M6B3C6 CA     RESERVATION NUMBER 28403536CA0
                                  RATE B6
                                  MVA 8560300
                                  METHOD OF PAYMENT CLUB



FRAIS NETS DE TEMPS ET DE KILOM TRAGE/NET TIME AND MILEAGE CHARGE         65.00 *

PAE ACCEPT /ACCEPTED @     4.95    PAR JOUR/PER DAY                         4.95
FRAIS DE REMPLISSAGE/REFUELING CHARGE                                      9.50
SUPPL MENT / SURCHARGE                                                    10.20
FI/TAC (VLF A/C TAX)                                                       0.13 *
FRAIS DE CONCESSION A L'A ROPORT / AIRPORT CONCESSION FEE        11.11%    7.83 *
FREQUENT FLYER MILEAGE TAX                                                 0.50 *
TAXE DE VENTE/SALES TAX @       7.50%     SUR/ON     73.46                 5.51

FRAIS TOTAUX / TOTAL CHARGES                              USD    103.62

SWIPE PRESENT




BRODY,DANIEL
DRIVERS LIC: B75201535650621
BCN NUM    : LB038W

                    ITEMS TAXABLES / TAXABLE ITEMS *

TOTAL AMOUNT DUE                                   USD     103.62