| | |
|---|---|
| 1 | Tammy B. Webb (SBN: 227593) |
| | tbwebb@shb.com |
| 2 | H. Grant Law (SBN: 144505) |
| | hlaw@shb.com |
| 3 | Amir Nassihi (SBN: 235936) |
| | anassihi@shb.com |
| 4 | Mia Solvesson (SBN: 246291) |
| | msolvesson@shb.com |
| 5 | SHOOK, HARDY & BACON L.L.P. |
| | 333 Bush Street, Suite 600 |
| 6 | San Francisco, California 94104-2828 |
| | Telephone: 415.544.1900 |
| 7 | Facsimile: 415.391.0281 |
| | Attorneys for Defendant FORD MOTOR COMPANY |
| 8 | |
| | Douglas A. Sears (SBN: 48646) |
| 9 | dsears@mathenysears.com |
| | Joel A. Eisenberg (SBN: 245453) |
| 10 | jeisenberg@mathenysears.com |
| | MATHENY SEARS LINKERT & JAIME LLP |
| 11 | 3638 American River Drive |
| | Post Office Box 13711 |
| 12 | Sacramento, California 95853-4711 |
| | Telephone: 916.978.3434 |
| 13 | Facsimile: 916.978.3430 |
| | Attorneys for Defendant BUDGET RENT A CAR |
| 14 | SYSTEM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST, | | Case No. C 07-03539 SI |
| | Plaintiffs, | **DECLARATION OF JOEL EISENBERG IN SUPPORT OF DEFENDANTS FORD MOTOR COMPANY AND BUDGET RENT A CAR SYSTEM, INC.'S MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. §1404(a)** |
| vs. | | |
| FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive, | | Date: November 30, 2007 |
| | | Time: 9:00 a.m. |
| | Defendants. | Judge: Susan Illston |
| | | Courtroom: 10 |
| | | Filed Concurrently Herewith: Defendants' MPA ISO Motion for Transfer of Venue; Declaration of Amir Nassihi ISO Motion; Declaration of Dave Kachler ISO Motion; Appendix of Authorities ISO Motion; and [Proposed] Order |
| | | Complaint filed: June 7, 2007 |

DECLARATION OF JOEL EISENBERG ISO MOTION FOR TRANSFER OF VENUE
CASE NO. C 07-03539 SI

131223v3

I, JOEL EISENBERG, declare:

1. I am an attorney licensed to practice in the State of California and am an associate in the law firm of Matheny Sears Linkert & Jaime, LLP, counsel of record for defendant Budget Rent A Car System, Inc. in this action. I make this declaration in support of Defendants' Motion for Transfer of Venue Pursuant to Section 1404(a). The matters stated herein are true to my own personal knowledge, unless otherwise noted.

2. Budget Rent A Car System, Inc. is a Delaware corporation with its principal place of business in Parsippany, New Jersey.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and of my own personal knowledge, and if called as a witness, I could and would competently testify thereto under oath.

Executed this 18th day of October, 2007 at Sacramento, California.

                              */s/Joel Eisenberg*
                               Joel Eisenberg

131223v3

1
DECLARATION OF JOEL EISENBERG ISO MOTION FOR TRANSFER OF VENUE
CASE NO. C 07-03539 SI