
1  Tammy B. Webb (SBN: 227593)
   tbwebb@shb.com
2  H. Grant Law (SBN: 144505)
   hlaw@shb.com
3  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
4  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
5  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
6  San Francisco, California 94104-2828
   Telephone:    415.544.1900
7  Facsimile:    415.391.0281
   Attorneys for Defendant FORD MOTOR COMPANY
8
   Douglas A. Sears (SBN: 48646)
9  dsears@mathenysears.com
   Joel A. Eisenberg (SBN: 245453)
10 jeisenberg@mathenysears.com
   MATHENY SEARS LINKERT & JAIME LLP
11 3638 American River Drive
   Post Office Box 13711
12 Sacramento, California 95853-4711
   Telephone:    916.978.3434
13 Facsimile:    916.978.3430
   Attorneys for Defendant BUDGET RENT A CAR SYSTEM, INC.
14

15                    UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

17 | SUSAN FARMER, ARTHUR FARMER,           ) Case No. C 07-03539 SI
   | ESTATE OF VIRGINIA M. FARLEY,          )
18 | VIRGINIA M. FARLEY REVOCABLE           ) **APPENDIX OF AUTHORITIES IN**
   | TRUST,                                 ) **SUPPORT OF DEFENDANTS FORD**
19 |                                        ) **MOTOR COMPANY AND BUDGET RENT**
   |            Plaintiffs,                 ) **A CAR SYSTEM, INC.'S MOTION FOR**
20 |                                        ) **TRANSFER OF VENUE PURSUANT TO 28**
   |    vs.                                 ) **U.S.C. §1404(a)**
21 |                                        )
   | FORD MOTOR COMPANY, BUDGET RENT )       Date:       November 30, 2007
22 | A CAR SYSTEM, INC., and DOES 1-100,    ) Time:       9:00 a.m.
   | inclusive,                             ) Judge:      Susan Illston
23 |                                        ) Courtroom:  10
   |            Defendants.                 )
24 |                                        ) Filed Concurrently Herewith: Defendants' MPA
   |                                        ) ISO Motion for Transfer of Venue; Declaration
25 |                                        ) of Amir Nassihi ISO Motion; Declaration of Joel
   |                                        ) Eisenberg ISO Motion; Declaration of Dave
26 |                                        ) Kacher ISO Motion; and [Proposed] Order
   |                                        )
27 |                                        ) Complaint filed: June 7, 2007

28

APPENDIX OF AUTHORITIES ISO MOTION FOR TRANSFER OF VENUE
CASE NO. C 07-03539 SI

130959v1

For the convenience of the Court, the following authorities are attached as referenced in Defendants Ford Motor Company and Budget Rent a Car System, Inc.'s Motion for Transfer of Venue.

Tab 1:    *Aldaba v. Michelin North America, Inc.*, No. C 04-5369 MHP, 2005 WL 3560587 (N.D. Cal. Dec. 29, 2005).

Tab 2:    *Alexander v. Franklin Resources, Inc.*, No. C 06-7121(SI), 2006 WL 568307 (N.D. Cal. Feb. 14, 2007).

Tab 3:    *Alltrade, Inc. v. Uniweld Prods., Inc.*, 946 F.2d 622 (9th Cir. 1991).

Tab 4:    *Bunker v. Union Pac. R.R. Co.*, No. C 05-04059 JSW, 2006 WL 193856 (N.D. Cal. Jan. 23, 2006).

Tab 5:    *Ctr. for Biological Diversity & Pac. Env't v. Kempthorne*, No. C-07-0894 EDL, 2007 WL 2023515 (N.D. Cal. July 12, 2007).

Tab 6:    *Douglas v. Modern Aero, Inc.*, 954 F. Supp. 1206 (N.D. Ohio 1997)

Tab 7:    *Evancho v. Safo-Aventis*, No. C07-00098, 2007 WL 1302985 (N.D. Cal. May 3, 2007).

Tab 8:    *Fabus Corp. v. Asiana Express Corp.*, No. C-00-3172 PJH, 2001 WL 253185 (N.D.Cal. 2001).

Tab 9:    *Goldstein v. Christiansen*, 638 N.E.2d 541 (Ohio 1994)

Tab 10:    *Gulf Oil Corp. v. Gilbert*, 330 U.S. 511 (1947).

Tab 11:    Helicopteros Nacionales de Colombia, S.A. v. Hall, 466 U.S. 408 (1984).

Tab 12:    *Hernandez v. Union Pac. R.R. Co.*, No. C 04-04899 JW, 2005 WL 396614 (N.D. Cal. Feb. 18, 2005).

Tab 13:    *Hyundai Space & Aircraft Co.*, No. C 99-3255 SI, 1999 WL 910131 (N.D. Cal. Oct. 12, 1999).

Tab 14:    *Jones v. GNC Franchising, Inc.*, 211 F.3d 495 (9th Cir. 2000).

Tab 15:    *Los Angeles Mem'l Coliseum Comm'n v. Nat'l Football League*, 89 F.R.D. 489 (C.D. Cal. Jan. 5, 1981).

130959v1

1  Tab 16:  *Nai-Chao v. Boeing Co.*, 555 F. Supp. 9 (N.D. Cal. 1982).

2  Tab 17:  *Pac. Car & Foundry Co. v. Pence*, 403 F.2d 949 (9th Cir. 1968).

3  Tab 18:  *Piper Aircraft v. Reyno*, 454 U.S. 235 (1981).

4  Tab 19:  *Polizzi v. Cowles Magazines, Inc.*, 345 U.S. 663 (1953).

5  Tab 20:  *Sierra-Bay Fed. Land Bank Ass'n. v. Superior Court,* 227 Cal. App. 3d 318 (1991)

6  Tab 21:  *Stewart v. AT&T*, No. C06-7363 2007, 2007 WL 1031263 (N.D. Cal. Apr. 3, 2007).

8  Tab 22:  *Strigliabotti v. Franklin Resources, Inc.*, No. C 04-0883(SI), 2004 WL 2254556 (N.D. Cal. Oct. 5, 2004).

10  Tab 23:  *Stuart v. Mobile ESPN*, No. C06-02094 SI, 2006 WL 2433416 (N.D. Cal. Aug. 21, 2006).

12  Tab 24:  *Van Dusen v. Barrack*, 376 U.S. (1964).

13  Tab 25:  *Von Der Werth v. Johns Manville Corp.*, No. C 07-01456 JSW, 2007 WL 2348707 (N.D. Cal. Aug. 14, 2007).

15  Tab 26:  *Williams v. Bowman*, 157 F. Supp. 2d 1103(N.D. Cal. 2001)

Dated:  October 18, 2007

Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.

By: */s/Amir Nassihi*
    TAMMY B. WEBB
    H. GRANT LAW
    AMIR NASSIHI
    MIA O. SOLVESSON
    Attorneys for Defendant
    FORD MOTOR COMPANY

Dated:  October 18, 2007

Respectfully submitted,
MATHENY SEARS LINKERT & JAIME LLP

By: */s/Joel A. Eisenberg*
    DOUGLAS A. SEARS
    JOEL A. EISENBERG
    Attorneys for Defendant
    BUDGET RENT A CAR SYSTEM, INC.