| | |
|---|---|
| 1 | Tammy B. Webb (SBN: 227593) |
|  | tbwebb@shb.com |
| 2 | H. Grant Law (SBN: 144505) |
|  | hlaw@shb.com |
| 3 | Amir Nassihi (SBN: 235936) |
|  | anassihi@shb.com |
| 4 | Mia Solvesson (SBN: 246291) |
|  | msolvesson@shb.com |
| 5 | SHOOK, HARDY & BACON L.L.P. |
|  | 333 Bush Street, Suite 600 |
| 6 | San Francisco, California 94104-2828 |
|  | Telephone:  415.544.1900 |
| 7 | Facsimile:  415.391.0281 |
|  | Attorneys for Defendant FORD MOTOR COMPANY |
| 8 |  |
|  | Douglas A. Sears (SBN: 48646) |
| 9 | dsears@mathenysears.com |
|  | Joel A. Eisenberg (SBN: 245453) |
| 10 | jeisenberg@mathenysears.com |
|  | MATHENY SEARS LINKERT & JAIME LLP |
| 11 | 3638 American River Drive |
|  | Post Office Box 13711 |
| 12 | Sacramento, California 95853-4711 |
|  | Telephone:  916.978.3434 |
| 13 | Facsimile:  916.978.3430 |
|  | Attorneys for Defendant BUDGET RENT A CAR SYSTEM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST, | Case No. C 07-03539 SI |
| 18 |  | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER VENUE** |
| 19 |  |  |
| 20 | Plaintiffs, |  |
| 21 | vs. | Date:  November 30, 2007 |
|  |  | Time:  9:00 a.m. |
| 22 | FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive, | Judge:  Susan Illston |
|  |  | Courtroom:  10 |
| 23 |  |  |
|  | Defendants. | Complaint filed: June 7, 2007 |
| 24 |  |  |
|  |  | Filed Concurrently Herewith: Defendant's MPA ISO Motion for Transfer of Venue; Declaration of Amir Nassihi ISO Motion; Declaration of Dave Kachler ISO Motion; Declaration of Joel Eisenberg ISO Motion; and Appendix of Authorities ISO Motion. |

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR TRANSFER VENUE
CASE NO. C 07-03539 SI

127963v1

1  Defendants Ford Motor Company and Budget Rent A Car System, Inc.'s Motion for
2  Transfer of Venue came on regularly for hearing. Upon consideration of all papers filed in
3  connection therewith, and the arguments of counsel, Defendants' Motion for Transfer of Venue
4  is GRANTED. *Susan Farmer, Arthur Farmer, Estate Of Virginia M. Farley, Virginia M. Farley*
5  *Revocable Trust v. Ford Motor Company, Budget Rent a Car System, Inc.* is now venued in the
6  Northern District of Ohio, Eastern Division.
7      IT IS SO ORDERED
8
9  Dated_____  _____
10                                                      United States District Court Judge

127963v1