UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 10/19/07

Case No.   C-07-3539. E SI            Judge:  SUSAN ILLSTON

Title: SUSAN FARMER  -v-  FORD MOTOR

Attorneys: S. Nealey        M. Solvesson, Nassihi, Eisenberg

Deputy Clerk: Tracy Sutton   Court Reporter: none

## PROCEEDINGS

1)  Initial Case Management Conference - HELD

2)  _____

3)  _____

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **2/15/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/3/08    @ 9:00 a.m.**  for Motions
(Motion due **8/29/08**, Opposition **9/12/07** Reply **9/19/08**)

Case continued to **Wed. 11/12/08   @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/24/08   @ 8:30 a.m.**  for Trial (Jury:  Days)
Discovery Cutoff: 6/27/08  Designate Experts by: pltf. 7/7/08, deft. 7/28/08 , Rebuttal Experts:8/11/08,
Expert Discovery Cutoff:8/22/08

ORDERED AFTER HEARING:

Counsel shall inform the Court of the mediator selected and the date of the session by 11/2/07.

All parties shall participate in private mediation before January 30, 2008.