Robert J. Nelson (State Bar No. 132797)
Scott P. Nealey (State Bar No. 193062)
Nancy Chung (State Bar No. 225584
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**<br><br>Complaint filed: June 7, 2007 |

To:   Tammy B. Webb (SBN: 227593)
      H. Grant Law (SBN: 144505)
      Amir Nassihi (SBN: 235936)
      SHOOK, HARDY & BACON L.L.P.
      333 Bush Street, Suite 600
      San Francisco, CA  94104-2828
      Telephone:  (415) 544.1900
      Facsimile:  (415) 391.0281

      Douglas A. Sears (SBN: 48646)
      Joel A. Eisenberg (SBN: 245453)
      MATHENY SEARS LINKERT & JAIME LLP
      3638 American River Drive
      Post Office Box 13711
      Sacramento, CA  95853-4711
      Telephone:  (916) 978-3434
      Facsimile:  (916) 978-3430

1      Plaintiffs Susan Farmer, Arthur Farmer, Estate of Virginia M. Farley,
2 Virginia M. Farley Revocable Trust ( "Plaintiffs") hereby submit the following initial
3 disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1). Plaintiffs make these initial
4 disclosures based on information presently available to them. Plaintiffs reserve the right to
5 supplement or amend these disclosures as appropriate upon further discovery and investigation.
6 Additionally, Plaintiffs make these initial disclosures subject to and without waiving the
7 attorney-client privilege, the attorney work-product privilege, the consulting expert privilege or
8 any other applicable privilege. Plaintiffs reserve the right to object to discovery procedures
9 involving or relating to the persons or documents identified in these initial disclosures.

10 **I.     WITNESSES**

11      The following individuals are likely to have discoverable information that
12 Plaintiffs may use to support their claims. This list contains those individuals known to
13 Plaintiffs at the present time.

14      1.  Plaintiffs c/o Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero
15          Center West, 275 Battery Street, 30th, San Francisco, CA 94111-3339.
16          Plaintiffs can provide testimony regarding the accident in question, their
17          damages therefrom, their knowledge of the relevant defect before the
18          incident, and their rental of the subject vehicle. Their testimony will
19          support the allegations in Plaintiffs' complaint;

20      2.  Richard Keefer, Exponent, 39100 Country Club Drive, Farmington
21          Hills, Michigan 48331. Mr. Keefer was retained by counsel for
22          Chrysler, LLC, and tested numerous Ford vehicles to show that they can
23          be positioned into false park and have a delayed engagement of reverse.
24          These include the 2002 Mercury Sable, a 2003 Volvo S80, a 2004 Ford
25          F150, 2005 Ford Freestyle, a 2007 Ford Escape, a 2007 Lincoln MKX,
26          2008 Ford Fusion, a 1991 Ford F Super Duty, 2007 Lincoln MKX and a
27          2007 Ford Escape. While Plaintiffs cannot vouch for the accuracy or
28          appropriateness of Mr. Keefer's testing or, we are in possession of his

        testing videos which can be provided upon request. Mr. Keefer has expressed the opinion that in all of these Ford vehicles the shift selector can be positioned between park and reverse whereupon there will be a delayed engagement of reverse.

3. Dr. George Counelis, Neurosurgeon, 2400 Belfour Rd., Suite 237, Brentwood, California 94513, (925) 516-3020. Dr. Counelis treated Plaintiff Susan Farmer's spinal injuries which resulted from the accident at issue.

4. Dr. Serena Hu, Orthopedic Surgeon, U.C. San Francisco Spinal Disorder Service, 400 Parnassus Avenue, Third Floor, San Francisco, California 94143, (415) 353-2808. Dr. Hu treated and performed spinal surgery on Plaintiff Susan Farmer in September 2006. Plaintiff Susan Farmer's spinal injuries were a result of the accident at issue.

5. Dr. Mary Sears, Internal Medicine Physician, 140 Brookwood Rd., Suite 201, Mt. Diablo Primary Care, Orinda, California 94563, (925) 254-9090. Dr. Sears treated Plaintiff Susan Farmer for injuries she suffered as a result of the accident at issue.

6. Former or present employees of Defendant Ford Motor Company and Budget Rent A Car System, Inc. who may have knowledge of facts supporting the material allegations of the complaint or rebutting the defenses alleged by Defendant;

7. All persons identified in Defendant's Rule 26(a)(1) disclosure.

## II. DOCUMENTS

Plaintiffs have in their possession documents and information concerning: (a) rental of the vehicle from Defendant Budget; (b) police report of the incident; (c) certain videos, reports and other supporting material prepared by Richard Keefer of Exponent working on behalf of Chrysler, LLC, including videos purporting to show the mispositioning between park and reverse and delayed engagement on numerous Ford vehicles; (d) documents regarding

their damages; (e) documents regarding NHTSA investigations, including the response of Ford Motor Company, Chrysler, and General Motors thereto regarding certain Ford vehicles and certain Chrysler vehicles.

## III. DAMAGES

Plaintiffs believe that, because of the nature of the claims, the precise amount of damages incurred by them in this matter cannot be calculated before the conclusion of pretrial discovery. In that the discovery process is just commencing, Plaintiffs are not yet in a position to quantify their damages to any precise degree.

## IV. INSURANCE

Plaintiffs are unaware of any insurance agreement relevant to this matter.

Dated: November 2, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:  */s/ Scott P. Nealey*
       Scott P. Nealey

Robert J. Nelson (State Bar No. 132797)
Scott P. Nealey (State Bar No. 193062)
Nancy Chung (State Bar No. 225584
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs