Law Offices of
**MATHENY SEARS LINKERT & JAIME, LLP**
DOUGLAS A. SEARS, ESQ. (SBN 48646)
dsears@mathenysears.com
3638 American River Drive
Sacramento, California  95864
Telephone:	(916) 978-3434
Facsimile:	(916) 978-3430

Attorneys for Defendant, BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100 inclusive,<br><br>Defendants. | Case No.  C 07-03539 SI<br><br>**BUDGET RENT A CAR SYSTEM, INC.'S INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**<br><br>Complaint Filed:    June 7, 2007 |

Defendant BUDGET RENT A CAR SYSTEM, INC. ("BUDGET"), through its attorneys, submits the following information as required by Rule 26(a)(1), Fed. R. Civ. P.

**Rule 26(a)(1)(A) Requirement:**

The name, and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of information.

**Response:**

BUDGET hereby identifies the following individuals whom BUDGET presently believes may have discoverable information that BUDGET may use to support its claims or defenses.

1

BUDGET expressly reserves the right to supplement this disclosure as discovery proceeds in this matter and additional individuals are identified. BUDGET also refers to the individuals identified in the documents produced by BUDGET and the other parties in this litigation as individuals who may have discoverable information about those documents, the matters to which those documents refer and/or other information BUDGET may use to support its claims or defenses. The titles listed for BUDGET employees are current titles. The titles listed for employees of other parties/entities are based on the best information available to BUDGET.

1. Plaintiffs, Susan Farmer and Arthur Farmer can provide testimony regarding the accident in question.

2. Dave Kachler is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, including rental and maintenance history of the subject vehicle. Mr. Kachler is a Budget employee whose address and telephone number may be obtained by contacting counsel for BUDGET RENT A CAR SYSTEMS, INC.

3. Jay Shirkman is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, including rental and maintenance history of the subject vehicle. Mr. Shirkman is a Budget employee whose address and telephone number may be obtained by contacting counsel for BUDGET RENT A CAR SYSTEMS, INC.

4. David Slaght, President, Carousel Dinner Theatre, is likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, including identification of witnesses and statements. The Carousel Dinner Theatre is located at 1275 East Waterloo Rd., Akron, OH 44306, phone: (330) 724-9855.

BUDGET expressly reserves the right to supplement this disclosure to the extent required under Rule 26(e), at a later date as its investigation develops.

**Rule 26(a)(1)(B) Requirement:**

A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

///

**Response:**

1. Rental agreement entered into between Susan Farmer and Budget Rent A Car System, Inc. The rental agreement is located at the Cleveland Hopkins Airport Budget.

2. Service records of the subject vehicle. The service records are located at the Cleveland Hopkins Airport Budget.

3. Rental records of the subject vehicle. The rental records are located at the Cleveland Hopkins Airport Budget.

4. A Traffic Crash Report prepared by the Akron Police Department. The report is in the possession of counsel for BUDGET RENT A CAR SYSTEMS, INC.

5. The subject Mercury Grand Marquis, VIN # 2MEFM75V46X631709. The vehicle is in the possession of BUDGET RENT A CAR SYSTEMS, INC. at its Cleveland facility.

BUDGET expressly reserves the right to supplement this disclosure to the extent required under Rule 26(e), at a later date as its investigation develops.

**Rule 26 (a)(1)(C) Requirement:**

A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response**

BUDGET RENT A CAR SYSTEMS, INC. does not currently have a computation of damages or documents or other evidentiary material on which such a computation is based. It is not currently in possession of any information which will permit it to calculate claimed damages in this action.

**Rule 26 (a)(1)(D) Requirement:**

For inspection and copying as under Rule 34, any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

3

**Response:**

BUDGET is searching for applicable policies. BUDGET will supplement this response when applicable policies are located.

BUDGET states that these initial disclosures made under Rule 26(a)(1) are based upon the information reasonably available to BUDGET at the time these disclosures were prepared. BUDGET specifically reserves the right to supplement these disclosures, to the extent required under Rule 26(e), and to present at trial additional witnesses and evidence.

Dated:  November __2nd ___, 2007          **MATHENY SEARS LINKERT & JAIME, LLP**

                              /s/
By:_____
     DOUGLAS A. SEARS, ESQ., Attorneys
     for Defendant, BUDGET RENT A CAR
     SYSTEM, INC.