

November 2, 2007

www.shb.com

Mia O. Solvesson

333 Bush Street, Suite 600
San Francisco
California 94104-2828
415.544.1900
415.544.1909 DD
415.391.0281 Fax
msolvesson@shb.com

VIA E-FILING

Judge Susan Illston
U.S. District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Farmer, et al. v. Ford Motor Co., et al.*
U.S. District Court, Northern District of California
San Francisco Division
Case No. C 07-03539 SI

Dear Judge Illston:

Please be advised that all parties have agreed to private mediation with mediator Hon. Peter G. Stone (Ret.) of JAMS.

Sincerely,

/s/Mia O. Solvesson
Associate

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

131976v1