1 | Robert J. Nelson (State Bar No. 132797)
Scott P. Nealey (State Bar No. 193062)
2 | Nancy Chung (State Bar No. 225584)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3 | Embarcadero Center West
275 Battery Street, 30th Floor
4 | San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
5 | Facsimile:  (415) 956-1008

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**DECLARATION OF SUSAN FARMER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date:       November 30, 2007<br>Time:       9:00 a.m.<br>Judge:      Susan Ilston<br>Courtroom:  10 |

I, Susan Farmer, declare as follows:

1. I am a Plaintiff in the above-captioned action. This declaration is made under penalty of perjury, and if called to, I could testify competently to the information contained herein.

2. My husband, Arthur Farmer, and I reside in Orinda, California. As the only living Plaintiffs in this action, we are active participants in the management of this case and plan to participate in most, if not all, of the hearings.

3. As a result of the accident at issue in this case, I have suffered debilitating injuries including spinal compression fractures, broken ribs, bruising of pneumothorax and soft tissue damage to my neck. I received extensive medical treatment from my doctors located in San Francisco and Contra Costa County which included major reconstructive spinal surgery and spinal fusion. The doctors that have been treating me are: Dr. George Counelis, Dr. Serena Hu, and Dr. Mary Sears.

4. My sister, Gail R. Royster, is the executor of the Estate of Virginia M. Farley and the trustee for the Virginia M. Farley Revocable Trust. Gail resides in Ohio, but will voluntarily appear in California for deposition or trial, if needed.

I hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury. Executed on this 6th day of November, 2007 at Orinda, California.

*Susan Farmer*
SUSAN FARMER