1 | Robert J. Nelson (State Bar No. 132797)
Scott P. Nealey (State Bar No. 193062)
2 | Nancy Chung (State Bar No. 225584)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3 | Embarcadero Center West
275 Battery Street, 30th Floor
4 | San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
5 | Facsimile:  (415) 956-1008

6 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**DECLARATION OF ARTHUR FARMER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER VENUE**<br><br>Date:         November 30, 2007<br>Time:        9:00 a.m.<br>Judge:      Susan Ilston<br>Courtroom: 10 |
|---|---|

735858.1

DECLARATION OF ARTHUR FARMER ISO PLIFS'
OPP TO DFDTS' MOTION TO TRANSFER VENUE
CASE NO. C 07-03539 SI

I, Arthur Farmer, declare as follows:

1. I am a Plaintiff in the above-captioned action. This declaration is made under penalty of perjury, and if called to, I could testify competently to the information contained herein.

2. My wife Susan Farmer and I reside in Orinda, California. As the only living Plaintiffs in this action, we are active participants in the management of this case and plan to participate in most, if not all, of the hearings.

3. The day after the accident, I called Dean S. Hoover in Hudson, Ohio for the purpose of immediately preserving the condition of the rented 2006 Grand Marquis. Plaintiffs in this case never hired or signed a retainer agreement with Mr. Hoover, and never filed a lawsuit in Ohio.

I hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury. Executed on this 6th day of November, 2007 at Orinda, California.

_____
ARTHUR FARMER