1   Robert J. Nelson (State Bar No. 132797)
    Scott P. Nealey (State Bar No. 193062)
2   Nancy Chung (State Bar No. 225584)
    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3   Embarcadero Center West
    275 Battery Street, 30th Floor
4   San Francisco, CA  94111-3339
    Telephone:  (415) 956-1000
5   Facsimile:  (415) 956-1008

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   SUSAN FARMER, ARTHUR FARMER,          Case No. C 07-03539 SI
     ESTATE OF VIRGINIA M. FARLEY,
13   VIRGINIA M. FARLEY REVOCABLE          **[PROPOSED] ORDER DENYING
     TRUST,                                DEFENDANTS' MOTION FOR
14                                         TRANSFER VENUE**
                    Plaintiffs,
15                                         Date:       November 30, 2007
     v.                                    Time:       9:00 a.m.
16                                         Judge:      Susan Ilston
     FORD MOTOR COMPANY, BUDGET            Courtroom:  10
17   RENT A CAR SYSTEM, INC., and DOES
     1-100, inclusive,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

                                          [PROPOSED] ORDER DENYING DEFENDANTS'
                                          MOTION FOR TRANSFER VENUE
                                          CASE NO. C 07-03539 SI

1    This matter came before this Court for hearing on November 30, 2007 at 9:00 a.m.  This

2  Court, having carefully reviewed, the submitted materials and considered the parties' arguments,

3  hereby **DENIES** Defendants' Motion for Transfer of Venue.

4

5        **IT IS SO ORDERED.**

6

7  Dated: _____        _____

8                                                                                   The Honorable Susan Ilston
                                                                                     United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION FOR TRANSFER VENUE
CASE NO. C 07-03539 SI