Tammy B. Webb (SBN: 227593)
tbwebb@shb.com
H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir Nassihi (SBN: 235936)
anassihi@shb.com
Mia Solvesson (SBN: 246291)
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Defendant
FORD MOTOR COMPANY

Douglas A. Sears (SBN: 48646)
dsears@mathenysears.com
MATHENY SEARS LINKERT & JAIME LLP
3638 American River Drive
Post Office Box 13711
Sacramento, California 95853-4711
Telephone:    916.978.3434
Facsimile:    916.978.3430

Attorneys for Defendant
BUDGET RENT A CAR SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**REPLY DECLARATION OF AMIR NASSIHI IN SUPPORT OF DEFENDANTS FORD MOTOR COMPANY AND BUDGET RENT A CAR SYSTEM, INC.'S REPLY IN SUPPORT OF MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. §1404(A)**<br><br>Date:    November 30, 2007<br>Time:    9:00 a.m.<br>Judge:    Susan Illston<br>Courtroom:    10<br><br><u>Filed Concurrently Herewith</u>: Defendants' Reply ISO Motion for Transfer of Venue; Appendix ISO Reply; Certificate of Service<br><br>Complaint filed: June 7, 2007 |

I, AMIR NASSIHI, declare:

1. I am an attorney licensed to practice in the State of California and am an attorney in the law firm of Shook, Hardy & Bacon L.L.P., counsel of record for defendant Ford Motor Company in this action. I have personal knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently that the matters set forth in this declaration are true and correct. I make this declaration in support of Defendants' Reply In Support of Motion for Transfer of Venue Pursuant to Section 1404(a). The matters stated herein are true to my own personal knowledge, unless otherwise noted.

2. Attached as **Exhibit J** is a true and correct copy of the complaint in *Mraz v. DaimlerChrysler*, Los Angeles Superior Court, Case No. BC332487.

3. Attached as **Exhibit K** is a true and correct copy of the second amended complaint for *Craggs v. DaimlerChrysler*, Sacramento Superior Court Civil, Case No. 06AS03068.

4. Attached as **Exhibit L** is a true and correct copy of the June 30, 2006 letter from Matthew S. Da Vega to Budget Rent A Car requesting that Budget preserve the vehicle in anticipation of litigation.

5. Attached as **Exhibit M** is a true and correct copy of Susan Farmer's rental contract with Budget Rent A Car System, Inc. for the subject vehicle.

6. Budget does not take a potential customer's credit card number when making Internet and telephone reservations for a vehicle rental. Additionally, Budget does not charge a fee for an uncompleted reservation. This is based on counsel's past experience with renting vehicles from Budget and was confirmed on Budget's Website (www.budget.com) on November 12, 2007.

7. In *Pierson v. Ford Motor Company*, which is currently pending before Judge Hamilton in this District, the plaintiffs allege that they sustained injuries in an Iowa crash as a result of Ford's defective design and manufacture of a bench seat in the Ford vehicle they rented in San Francisco, from a San Francisco-based rental company. Because the case is venued in this district and the crucial witnesses are located in Iowa, all parties have been required to

expend significant time and money to travel to Iowa to depose crucial witnesses, including nine emergency personnel, such as firefighters, paramedics, state troopers, and tow-yard employees. Also deposed were prior renters of the subject Ford vehicle to obtain critical information for the liability determination—whether those prior renters had a similar experience to that underlying the plaintiffs' lawsuit.

8. *Lazar v. Ford Motor Co.* was a products-liability case with alleged airbag defects brought against both Ford and Budget. In that case, the parties' attorneys made numerous trips to Washington State in order to depose emergency personnel, including firefighters/paramedics, a state trooper, and nurses and doctors who were involved in the immediate post-crash treatment. In addition, two Budget employees were flown down to testify at trial.

9. On November 15, 2007, I received a copy of subpoenaed billing records from Akron City Hospital for Mrs. Farmer and Ms. Farley. Those records demonstrate that Ms. Farley was admitted on June 10, 2004, and discharged on June 14, 2004. Mrs. Farmer was admitted on June 10, 2004, and discharged on June 25, 2004. Mrs. Farmer's medical bills amounted to over $40,000, which included at least one surgery. Mrs. Farmer's billing records also showed that Mrs. Farmer lived in Uniontown, Ohio, on June 7, 2004. Attached as **Exhibit N** is a true and correct copy of the relevant pages of these records.

10. The Northern District of Ohio permits parties to attend Case Management Conferences by telephone upon good cause pursuant to Local Rule 16.3(b). Under Local Rule 16.3(f) the use of telephone conferencing for status and pretrial conferences is "encouraged." In addition, the Local Rules do not contain provisions for oral argument for motion practice; they only note in Local Rule 7.2 that oral argument may be considered for summary judgment hearings. Attached as **Exhibit O** is a true and correct copy of the relevant Local Rules.

11. The following is a true and correct list of parties in this action, along with a description of the relevant expected testimony from each party and their distance from this District and the Northern District of Ohio. The distances from the Northern District of Ohio are measured from the Toledo Division. The Cleveland Division is about 110 miles farther from Michigan, and the Akron Division is about 130 miles farther.

| PARTIES | |
|---|---|
| **Susan Farmer** | **Location:** Orinda, California |
| | **Expected Relevant Testimony:** Accident facts, injuries and damages, knowledge of the alleged defect before the crash, and the rental of the subject vehicle. |
| | **Distance from Ohio's Northern District: 2,477 miles** |
| | **Distance from California's Northern District: 0 miles** |
| **Arthur Farmer** | **Location:** Orinda, California |
| | **Expected Relevant Testimony:** Knowledge of Susan Farmer's damages. Loss of consortium damages. Knowledge of accident derived from Susan Farmer. |
| | **Distance from Ohio's Northern District: 2,477 miles** |
| | **Distance from California's Northern District: 0 miles** |
| **Gail F. Royster** | **Location:** Ohio (believed to reside within the Northern District of Ohio). |
| | **Expected Relevant Testimony:** Knowledge of Virginia Farley's and Susan Farmer's injuries and damages. Knowledge of accident derived from Susan Farmer and Virginia Farley. |
| | **Distance from Ohio's Northern District: 0 miles** |
| | **Distance from California's Northern District: 2,485 miles** |
| **Ford Motor Company** | **Location:** Dearborn, Michigan |
| | **Expected Relevant Testimony:** Knowledge regarding the manufacture and design of the 2006 Mercury Grand Marquis. |
| | **Distance from Ohio's Northern District: 55 miles from Toledo Division. 180 miles from Akron Division. And 164 miles from the Cleveland Division.** |
| | **Distance from California's Northern District: 2,394 miles** |
| **Budget Rent A Car System, Inc.** | **Location:** Parsippany, New Jersey |
| | **Expected Relevant Testimony:** Knowledge of the purchase, rental, and maintenance of the subject vehicle. |
| | **Distance from Ohio's Northern District: 412 miles** |
| | **Distance from California's Northern District: 2882 miles** |

12.   The following is a true and correct list of employee and nonparty witnesses identified in Plaintiffs' Initial Disclosure along with a description of the relevant expected

testimony from each witness and their distance from this District and the Northern District of Ohio.

| DEFENDANTS' EMPLOYEE WITNESSES ||
|---|---|
| **Former or present employees of Ford Motor Company** | **Location:** Relevant current Ford employees involved in vehicle design are based in Dearborn, Michigan. Former employees expected to still reside in Michigan.<br><br>**Expected Relevant Testimony:** The subject vehicle's design. Knowledge of conduct relevant to Plaintiffs' punitive damages claim.<br><br>**Distance from Ohio's Northern District: 55 miles from Toledo Division. 180 miles from Akron Division. And 164 miles from the Cleveland Division.**<br><br>**Distance from California's Northern District: 2,394 miles** |
| **Former or present witnesses of Budget**<br><br>**(Ohio Office)** | **Location:** Cleveland, Ohio.<br><br>**Expected Relevant Testimony**: The subject vehicle's maintenance, repairs, purchase, and rental. Statements and admissions obtained from Mrs. Farmer after the accident.<br><br>**Distance from Ohio's Northern District: 0 miles**<br><br>**Distance from California's Northern District: 2,463 miles** |
| **Former or present witnesses of Budget**<br><br>**(Corporate Headquarters)** | **Location:** Parsippany, New Jersey.<br><br>**Expected Relevant Testimony**: Knowledge of the subject vehicle's purchase, and the fleet of similar vehicles. Knowledge of conduct relevant to Plaintiffs' punitive damages claim.<br><br>**Distance from Ohio's Northern District: 412 miles**<br><br>**Distance from California's Northern District: 2,882 miles** |
| NONPARTY WITNESSES ||
| **Richard Keefer** | **Location:** Farmington Hills, Michigan<br><br>**Expected Relevant Testimony:** Knowledge of alleged defect.<br><br>**Distance from Ohio's Northern District: 68 miles from Toledo Division. 202 miles from Akron Division. And 177 miles from the Cleveland Division.**<br><br>**Distance from California's Northern District: 2,390 miles** |

| Dr. George Counelis | **Location:** Brentwood, California |
|---|---|
| | **Expected Relevant Testimony:** Post-accident treatment of Mrs. Farmer's residual injuries. |
| | **Distance from Ohio's Northern District:** 2,471 miles |
| | **Distance from California's Northern District:** 0 miles |
| **Dr. Serena Hu** | **Location:** San Francisco, California |
| | **Expected Relevant Testimony:** Post-accident treatment of Mrs. Farmer's residual injuries. |
| | **Distance from Ohio's Northern District:** 2,486 miles |
| | **Distance from California's Northern District:** 0 miles |
| **Dr. Mary Sears** | **Location:** Orinda, California |
| | **Expected Relevant Testimony:** Post-accident treatment of Mrs. Farmer's residual injuries. |
| | **Distance from Ohio's Northern District:** 2,477 miles |
| | **Distance from California's Northern District:** 0 miles |

13.    The following is a true and correct list of employee and nonparty witnesses identified in Ford Motor Company's Initial Disclosures along with a description of the relevant expected testimony from each witness and their distance from this District and the Northern District of Ohio.

| **EMPLOYEE WITNESSES** | |
|---|---|
| **Mark Taylor** | **Location:** Dearborn, Michigan |
| | **Expected Relevant Testimony:** Design, development, and investigation of the subject vehicle's allegedly defective transmission. |
| | **Distance from Ohio's Northern District:** 55 miles from Toledo Division. 180 miles from Akron Division. And 164 miles from the Cleveland Division. |
| | **Distance from California's Northern District:** 2,394 miles |

| | |
|---|---|
| **Frederick King** | **Location:** Dearborn, Michigan<br><br>**Expected Relevant Testimony:** Design, development, and investigation of the subject vehicle's allegedly defective transmission.<br><br>**Distance from Ohio's Northern District:** 55 miles from Toledo Division. 180 miles from Akron Division. And 164 miles from the Cleveland Division.<br><br>**Distance from California's Northern District:** 2,394 miles |
| **NONPARTY WITNESSES** ||
| **Officer Kerry Jackson** | **Location:** Northern District of Ohio<br><br>**Expected Relevant Testimony**: Circumstances surrounding the accident, the accident site, post-accident condition of the vehicle. Injuries sustained by Mrs. Farmer and Ms. Farley. Witness statements and possible admissions. Accident investigation.<br><br>**Distance from Ohio's Northern District:** 0 miles<br><br>**Distance from California's Northern District:** 2,485 miles |
| **Officer Timothy Givens** | **Location:** Northern District of Ohio<br><br>**Expected Relevant Testimony**: Circumstances surrounding the accident, the accident site, post-accident condition of the vehicle. Injuries sustained by Mrs. Farmer and Ms. Farley. Witness statements and possible admissions. Accident investigation.<br><br>**Distance from Ohio's Northern District:** 0 miles<br><br>**Distance from California's Northern District:** 2,485 miles |
| **Officer Edward Hornaceck** | **Location:** Northern District of Ohio<br><br>**Expected Relevant Testimony**: Circumstances surrounding the accident, the accident site, post-accident condition of the vehicle. Injuries sustained by Mrs. Farmer and Ms. Farley. Witness statements and possible admissions. Accident investigation.<br><br>**Distance from Ohio's Northern District:** 0 miles<br><br>**Distance from California's Northern District:** 2,485 miles |
| **Officer Scott Thomas** | **Location:** Northern District of Ohio<br><br>**Expected Relevant Testimony**: Circumstances surrounding the accident, the accident site, post-accident condition of the vehicle. Injuries sustained by Mrs. Farmer and Ms. Farley. Witness statements and possible admissions. Accident investigation.<br><br>**Distance from Ohio's Northern District:** 0 miles<br><br>**Distance from California's Northern District:** 2,485 miles |

| | | |
|---|---|---|
| **Katie** | **Location:** Northern District of Ohio | |
| | **Expected Relevant Testimony**: Circumstances surrounding the accident, the accident site, post-accident condition of the vehicle. Injuries sustained by Mrs. Farmer and Ms. Farley. Witness statements and possible admissions. Accident investigation. | |
| | **Distance from Ohio's Northern District: 0 miles** | |
| | **Distance from California's Northern District: 2,485 miles** | |
| **Richard Dierker** | **Location:** Plano, Texas | |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition and whether he experienced a similar transmission problem while driving and parking the vehicle. | |
| | **Distance from Ohio's Northern District: 1,166 miles** | |
| | **Distance from California's Northern District: 1,733 miles** | |
| **Melissa Hosmer** | **Location:** Rittman, Ohio | |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether she experienced a similar transmission problem while driving and parking the vehicle. | |
| | **Distance from Ohio's Northern District: 0 miles** | |
| | **Distance from California's Northern District: 2,487 miles** | |
| **Dean Guido** | **Location:** Akron, Ohio | |
| | **Expected Relevant Testimony** Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether he experienced a similar transmission problem while driving and parking the vehicle. | |
| | **Distance from Ohio's Northern District: 0 miles** | |
| | **Distance from California's Northern District: 2,485 miles** | |
| **George Lee** | **Location:** Akron, Ohio | |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether he experienced a similar transmission problem while driving and parking the vehicle. | |
| | **Distance from Ohio's Northern District: 0 miles** | |
| | **Distance from California's Northern District: 2,485 miles** | |

| | |
|---|---|
| **Benjamin Lockhart** | **Location:** Marietta, Georgia |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether he experienced a similar transmission problem while driving and parking the vehicle. |
| | **Distance from Ohio's Northern District: 676 miles** |
| | **Distance from California's Northern District: 2,484 miles** |
| **Daniel Brody** | **Location:** Toronto, Canada |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether he experienced a similar transmission problem while driving and parking the vehicle. |
| | **Distance from Ohio's Northern District: 314 miles** |
| | **Distance from California's Northern District: 2,640 miles** |
| **Elizabeth Bonutti** | **Location:** Woodstock, Georgia |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether she experienced a similar transmission problem while driving and parking the vehicle. |
| | **Distance from Ohio's Northern District: 676 miles** |
| | **Distance from California's Northern District: 2,503 miles** |
| **Carl Rohkar** | **Location:** Nashville, Tennessee |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether he experienced a similar transmission problem while driving and parking the vehicle. |
| | **Distance from Ohio's Northern District: 505 miles** |
| | **Distance from California's Northern District: 2,308 miles** |
| **Martha Pickett** | **Location:** Carbondale, Colorado |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether she experienced a similar transmission problem while driving and parking the vehicle. |
| | **Distance from Ohio's Northern District: 1,522 miles** |
| | **Distance from California's Northern District: 1,116 miles** |
| **Michael Haunecht** | **Location:** Cleveland, Ohio |
| | **Expected Relevant Testimony**: Prior renter likely to have knowledge about the pre-accident vehicle condition, and whether he experienced a similar transmission problem while driving and parking the vehicle. |
| | **Distance from Ohio's Northern District: 0 miles** |
| | **Distance from California's Northern District: 2,485 miles** |

14. The following is a true and correct list of employee and nonparty witnesses identified in Budget Rent A Car's Initial Disclosures along with a description of the relevant expected testimony from each witness and their distance from this District and the Northern District of Ohio.

| **EMPLOYEE WITNESSES** | |
|---|---|
| **David Kachler** | **Location:** Northern District of Ohio <br> **Expected Relevant Testimony:** Rental and maintenance history of the subject vehicle. <br> **Distance from Ohio's Northern District**: 0 miles <br> **Distance from California's Northern District:** 2,485 miles |
| **Jay Shirkman** | **Location:** Northern District of Ohio <br> **Expected Relevant Testimony:** Rental and maintenance history of the subject vehicle. Investigation of this incident. <br> **Distance from Ohio's Northern District**: 0 miles <br> **Distance from California's Northern District:** 2,485 miles |

| NONPARTY WITNESSES ||
|---|---|
| **David Slaught** | **Location:** Northern District of Ohio<br><br>**Expected Relevant Testimony**: As president of the Carousel Dinner Theatre, Mr. Slaght is likely to have relevant information concerning witnesses to the accident, and details of what occurred during the accident. Defendants would depose Mr. Slaught on these issues, but do not plan to call him at trial—unless Mr. Slaught witnessed the accident, or has other relevant information.<br><br>**Distance from Ohio's Northern District:  0 miles**<br>**Distance from California's Northern District:  2,485 miles** |

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the State of California.  Executed this 16th day of November, 2007 in San Francisco, California.

        __/s/Amir Nassihi_____
             Amir Nassihi