1  Tammy B. Webb (SBN: 227593)
   tbwebb@shb.com
2  H. Grant Law (SBN: 144505)
   hlaw@shb.com
3  Amir Nassihi (SBN: 235936)
   anassihi@shb.com
4  Mia Solvesson (SBN: 246291)
   msolvesson@shb.com
5  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
6  San Francisco, California 94104-2828
   Telephone:  415.544.1900
7  Facsimile:  415.391.0281
   Attorneys for Defendant FORD MOTOR COMPANY
8
   Douglas A. Sears (SBN: 48646)
9  dsears@mathenysears.com
   MATHENY SEARS LINKERT & JAIME LLP
10 3638 American River Drive
   Post Office Box 13711
11 Sacramento, California 95853-4711
   Telephone:  916.978.3434
12 Facsimile:  916.978.3430
   Attorneys for Defendant BUDGET RENT A CAR SYSTEM, INC.
13

14                UNITED STATES DISTRICT COURT

15        NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. C 07-03539 SI<br><br>**DEFENDANTS FORD MOTOR COMPANY AND BUDGET RENT A CAR SYSTEM, INC.'S APPENDIX OF CASES IN SUPPORT OF THE REPLY MOTION FOR TRANSFER OF VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:  November 30, 2007<br>Time:  9:00 a.m.<br>Judge:  Susan Illston<br>Courtroom:  10<br><br><u>Filed Concurrently Herewith</u>: Defendants' Reply ISO Motion for Transfer of Venue; Reply Declaration of Amir Nassihi; Certificate of Service<br><br>Complaint filed:  June 7, 2007 |

For the convenience of the Court, the following authorities are attached as referenced in Defendants Ford Motor Company and Budget Rent a Car System, Inc.'s Reply to the Motion for Transfer of Venue.

Tab 27:  *Barela v. Experian Information Solutions, Inc.*, No. 04 C 5144, 2005 WL 770629 (N.D. Ill. Apr. 4, 2005).

Tab 28:  *Black v. JCPenny Life Ins. Co.*, No. C 01-4070 SI, 2002 WL 523568 (N.D. Cal. Apr. 1, 2002).

Tab 29:  *Cook v. Int'l Harvester Co.*, 610 F. Supp. 271 (E.D. Wis. 1985)

Tab 30:  *Connors v. R & S Parts & Servs., Inc.*, 248 F. Supp. 2d 394, 396 (2003).

Tab 31:  *Dicken v. U.S.*, 862 F. Supp. 91 (D. Md. 1994)

Tab 32:  *Dole Food Co. v. Watts*, 303 F.3d 1104 (9th Cir. 2002)

Tab 33:  *Dwyer v. General Motors Corporation*, 853 F. Supp. 690 (S.D.N.Y. 1994)

Tab 34:  *Hancock v. Hitt*, No. C-98-960 MMC (ARB), 1998 WL 345392 (N.D. Cal. June 19, 1998)

Tab 35:  *In re Funeral Consumers Antitrust Litigation*, No. C 05-01804 WHA, 2005 WL 2334362 (N.D. Cal. Sept. 23, 2005).

Tab 36:  *Italian Colors Rest. v. Am. Express Co.*, No. C 03-3719 SI, 2003 WL 22682482 (N.D. Cal. Nov. 10, 2003).

Tab 37:  *Joe Boxer Corp. v. R. Siskind & Co.*, No. C 98-4899 SI, 1999 WL 429549, (N.D. Cal. June 28, 1999).

Tab 38:  *Jones v. GNC Franchising, Inc.*, 211 F.3d 495 (9th Cir. 2000)

Tab 39:  *Moore v. AT & T Latin America Corp.*, 177 F. Supp. 2d 785, 789 (E.D. Ill. 2001).

Tab 40:  *Piper Aircraft v. Reyno*, 454 U.S. 235 (1981)

Tab 41:  *Stewart v. AT & T Inc.*, No. C06-7363 SI, 2007 WL 1031263 (N.D. Cal. Apr. 3, 2007)

Tab 42:  *STX, Inc. v. Trik Stik, Inc.*, 708 F. Supp. 1551 (N.D. Cal. 1998).

Tab 43: *Ugol v. Nemacolin Woodlands, Inc.*, No. Civ. WDQ-04-3398, 2005 WL 1230214 (D. Md. May 24, 2005)

Tab 44: *In re Volkswagen of Am., Inc. v. Volkswagen AG*, No. 07-40058, 2007 WL 3088142 (5th Cir. Oct. 24, 2007).

Dated: November 16, 2007

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/Amir Nassihi*  
    TAMMY B. WEBB  
    H. GRANT LAW  
    AMIR NASSIHI  
    MIA O. SOLVESSON

Attorneys for Defendant  
FORD MOTOR COMPANY

MATHENY SEARS LINKERT & JAIME LLP

By: */s/Douglas A. Sears*  
    DOUGLAS A. SEARS

Attorneys for Defendant  
BUDGET RENT A CAR SYSTEM, INC.