| | |
|---|---|
| 1 | Tammy B. Webb (SBN: 227593) |
|   | tbwebb@shb.com |
| 2 | H. Grant Law (SBN: 144505) |
|   | hlaw@shb.com |
| 3 | Amir Nassihi (SBN: 235936) |
|   | anassihi@shb.com |
| 4 | Mia Solvesson (SBN: 246291) |
|   | msolvesson@shb.com |
| 5 | SHOOK, HARDY & BACON L.L.P. |
|   | 333 Bush Street, Suite 600 |
| 6 | San Francisco, California  94104-2828 |
|   | Telephone:     415.544.1900 |
| 7 | Facsimile:      415.391.0281 |
|   | Attorneys for Defendant FORD MOTOR COMPANY |
| 8 | |
|   | Douglas A. Sears (SBN: 48646) |
| 9 | dsears@mathenysears.com |
|   | MATHENY SEARS LINKERT & JAIME LLP |
| 10 | 3638 American River Drive |
|   | Post Office Box 13711 |
| 11 | Sacramento, California  95853-4711 |
|   | Telephone:     916.978.3434 |
| 12 | Facsimile:      916.978.3430 |
|   | Attorneys for Defendant BUDGET RENT A CAR SYSTEM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN FARMER, ARTHUR FARMER, ESTATE OF VIRGINIA M. FARLEY, VIRGINIA M. FARLEY REVOCABLE TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY, BUDGET RENT A CAR SYSTEM, INC, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. C 07-03539 SI <br><br> **CERTIFICATE OF SERVICE** <br><br> Date:          November 30, 2007 <br> Time:          9:00 a.m. <br> Judge:         Susan Illston <br> Courtroom:  10 <br><br> <u>Filed Concurrently Herewith</u>: Defendants' Reply ISO Motion for Transfer of Venue; Reply Declaration of Amir Nassihi; Appendix ISO Reply; Certificate of Service <br><br> Complaint filed:  June 7, 2007 |

1

CERTIFICATE OF SERVICE
CASE NO. C 07-03539 SI

# CERTIFICATE OF SERVICE

The undersigned declare: I am over the age of 18 years and not a party to the within action. I am employed in the county where this service occurs. My business address is 333 Bush Street, Suite 600, San Francisco, California 94104, my facsimile number is (415) 391-0281. On the date shown below I served the following document(s):

- **DEFENDANTS' REPLY ISO MOTION FOR TRANSFER OF VENUE**
- **REPLY DECLARATION OF AMIR NASSIHI ISO REPLY MOTION FOR TRANSFER OF VENUE**
- **APPENDIX OF CASES ISO OF REPLY MOTION FOR TRANSFER OF VENUE**

on the interested parties named herein and in the manner indicated below:

X_____ **MESSENGER SERVICE:** I served the above-referenced document(s) by placing them in an envelope or package addressed to the persons at the addressee listed below and providing them to a professional messenger service for same-day service.

X_____ **ELECTRONIC SERVICE:** I e-served the above-referenced document(s) upon the registered party below via the court's electronic filing website.

Robert J. Nelson  
Scott P. Nealey  
Nancy Chung  
Lieff, Cabraser, Heimann & Bernstein, LLP  
Embarcadero Center West  
275 Battery Street, 30th Floor  
San Francisco, CA 94111-3339  

**ATTORNEYS FOR PLAINTIFF**

X_____ **ELECTRONIC SERVICE:** I e-served the above-referenced document(s) upon the registered party below via the court's electronic filing website.

Douglas A. Sears  
Matheny Sears Linkert & Long LLP  
3638 American River Drive  
Sacramento, California 95864  

**ATTORNEYS FOR BUDGET RENT A CAR SYSTEM, INC.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **November 16, 2007,** at San Francisco, California

*/s/Sy Vang*  
Sy Vang